IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEUTSCH BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for the PHONES Notes,<br><br>                  Plaintiffs,<br><br>v.<br><br>ANNE G. TAYLOR as an Individual and as a Trustee of the TRUST U/A DTD 10-16-2000 BY WALTER K. GRAHAM FBO WALTER E. GRAHAM, et al.<br><br>                  Defendants. | Civil Action No.<br>1:11-CV-10982-NMG |

## NOTICE OF APPEARANCE OF MICHAEL C. GILLERAN

Please notice the appearance of the undersigned, Michael C. Gilleran, as one of the counsel for Defendant Computershare, Inc. for Equiserve Exchange Account Overage in the above-captioned matter.

                                          **ADLER POLLOCK & SHEEHAN P.C.**

                                          By: /s/Michael C. Gilleran
                                               Michael C. Gilleran (BBO No.: 192210)
                                               175 Federal Street
                                               Boston, MA 02110-2210
                                               Tel.: 617-603-0529
                                               Fax: 617-482-0604
                                               E-Mail: mgilleran@apslaw.com

                                               *Attorneys for Computershare, Inc. for Equiserve Exchange Account Overage*

Dated: July 28, 2011
       Boston, MA

## CERTIFICATE OF SERVICE

I herby certify I today served a true and correct copy of the foregoing by sending copies thereof via First Class Mail, postage pre-paid, to all other counsel of record.

/s/ Michael C. Gilleran
Michael C. Gilleran

Dated; July 28, 2011

578930.1