IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

DEUTSCHE BANK TRUST COMPANY AMERICAS,
in its capacity as successor indenture trustee for
certain series of Senior Notes, et al.,

                       Plaintiff,

     v.

ANNE G. TAYLOR, et al.,

                       Defendants.

Case No. 1: 11-CV-10982-NMG

---

NOTICE OF APPEARANCE

---

PLEASE TAKE NOTICE that the law firm of Chapman and Cutler LLP has been retained by and appears for the defendant Computershare, Inc. for Equiserve Exchange Account Overage, in this action. Please serve copies of all papers in this action on the undersigned at the address set forth below.

Dated: August 2, 1011

                                      CHAPMAN AND CUTLER LLP

                                      By   s/Joseph P. Lombardo
                                             Joseph P. Lombardo
                                             *Attorney for Defendant*
                                             *Computershare, Inc. for Equiserve*
                                             *Exchange Account Overage*

Frederick V. Lochbihler
  lochbihl@chapman.com
Joseph P. Lombardo
  lombardo@chapman.com
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois  60603
(312) 845-3000

3047747.01.01.doc

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 2, 2011, I served a true and correct copy of the foregoing **NOTICE OF APPEARANCE** by sending copies thereof via First Class Mail postage prepaid to all other counsel.

                                              s/ Joseph P. Lombardo
                                                Joseph P. Lombardo