UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for the PHONES Notes, <br><br>Plaintiffs, <br><br>v. <br><br>ANNE G. TAYLOR as an Individual and as a Trustee of the TRUST U/A DTD 10-16-2000 BY WALTER K. GRAHAM FBO WALTER E. GRAHAM, et al., <br><br>Defendants. | Civil Action No.: <br> 1:11-CV-10982-NMG |

**NOTICE OF APPEARANCE**

Now comes the undersigned, Marc C. Laredo, and enters his appearance as counsel for Defendant Fiduciary Trust Co. in the above-captioned matter.

Respectfully Submitted,

FIDUCIARY TRUST CO.

By its attorney,

/s/ Marc C. Laredo
Marc C. Laredo, BBO No. 543973
Laredo & Smith, LLP
15 Broad Street, Suite 600
Boston, MA 02109
Tel: 617-367-7984
Fax: 617-367-6475
laredo@laredosmith.com

Dated: August 3, 2011

CERTIFICATE OF SERVICE

      I hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filing and by first-class mail to those non-registered participants identified on the Notice of Electronic Filing.

                                            /s/ Marc C. Laredo
                                            Marc C. Laredo

Dated: August 3, 2011