# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*,<br><br>        Plaintiffs,<br><br>  v.<br><br>ANNE G. TAYLOR, as an Individual and as a Trustee of the TRUST U/A DTD 10-16-2000 BY WALTER K. GRAHAM FBO WALTER E. GRAHAM, *et al.*,<br><br>        Defendants. | CASE NO.  11-cv-10982-NMG |

## NOTICE OF APPEARANCE OF JEFFREY SWOPE

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Jeffrey Swope of Edwards Angell Palmer & Dodge LLP as counsel of record for Defendant Edwards Angell Palmer & Dodge LLP, as successor to Palmer & Dodge LLP.

Dated this 10th day of August 2011.

EDWARDS ANGELL PALMER & DODGE LLP,

By its attorneys,

/s/ Jeffrey Swope
Jeffrey Swope (BBO #490760)
Michael T. Grant (BBO # 677893)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA  02199-7613
Tel:  617.239.0100
Fax:  617-227-4420
jswope@eapdlaw.com
mgrant@eapdlaw.com

BOS111  12626462.1

## **CERTIFICATE OF SERVICE**

      I, Jeffrey Swope, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on August 10, 2011.

/s/ Jeffrey Swope__
Jeffrey Swope
