UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*,<br><br>               Plaintiffs,<br>     v.<br><br>ANNE G. TAYLOR, as an Individual and as a Trustee of the TRUST U/A DTD 10-16-2000 BY WALTER K. GRAHAM FBO WALTER E. GRAHAM, *et al.*,<br><br>               Defendants. | CASE NO.  11-cv-10982-NMG |

## **NOTICE OF APPEARANCE OF MICHAEL T. GRANT**

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Michael T. Grant of Edwards Angell Palmer & Dodge LLP as co-counsel of record for Defendant Edwards Angell Palmer & Dodge LLP, as successor to Palmer & Dodge LLP.

Dated this 10th day of August 2011.

                                          EDWARDS ANGELL PALMER & DODGE LLP,

                                          By its attorneys,

                                          /s/ Michael T. Grant
                                          Jeffrey Swope (BBO #490760)
                                          Michael T. Grant (BBO # 677893)
                                          EDWARDS ANGELL PALMER & DODGE LLP
                                          111 Huntington Avenue
                                          Boston, MA  02199-7613
                                          Tel:  617.239.0100
                                          Fax:  617-227-4420
                                          jswope@eapdlaw.com
                                          mgrant@eapdlaw.com

## **CERTIFICATE OF SERVICE**

      I, Michael T. Grant, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on August 10, 2011.

                                            /s/ Michael T. Grant__
                                            Michael T. Grant