UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for the PHONES Notes, | : : : : : : : | Civil Action No. 1:11-CV-10982-NMG NOTICE OF PLAINTIFFS' MOTION FOR TRANSFER FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. § 1407 |
| Plaintiffs, | : : | |
| vs. | : : | (Motion Filed with the Untied States Judicial Panel on Multidistrict Litigation) |
| ANNE G. TAYLOR as an Individual and as a Trustee of the TRUST U/A DTD 10-16-2000 BY WALTER K. GRAHAM FBO WALTER E. GRAHAM, et al., | : : : : | |
| Defendants. | : : | |

PLEASE TAKE NOTICE that on August 16, 2011, Plaintiffs Deutsche Bank

Trust Company Americas, Law Debenture Trust Company of New York, and Wilmington Trust

Company, in their capacity as successor indenture trustees for certain notes of Tribune Company

(collectively, "Plaintiffs") moved the United States Judicial Panel on Multidistrict Litigation,

pursuant to 28 U.S.C. § 1407,  to transfer 44 actions pending in 21 different federal districts,

including this action, to the Southern District of New York for coordinated and consolidated

pretrial proceedings under the caption *In re Tribune Fraudulent Conveyance Litigation*,

specifically to the Honorable Richard J. Holwell (the "MDL Motion").  Plaintiffs provide this

notice pursuant to 28 U.S.C. § 1407(c)(ii) and Rule 6.2 of the Rules of Procedure for the United

States Judicial Panel on Multidistrict Litigation.

A copy of the Notice of the MDL Motion, Brief in Support of the MDL Motion, Declaration of David M. Zensky in Support of the MDL Motion, Schedule of Actions, and Proof of Service of the MDL Motion are attached.

Dated:  August 17, 2011

Respectfully submitted,
DEUTSCHE BANK TRUST COMPANY AMERICAS,
LAW DEBENTURE TRUST COMPANY OF NEW YORK,
WILMINGTON TRUST COMPANY,
By their local counsel:


*/s/ John T. Morrier*
John T. Morrier (BBO # 628624 )
Douglas K. Mansfield (BBO# 318320)
Donna M. Brewer (BBO# 545254)
CASNER & EDWARDS, LLP
303 Congress Street, 2nd Floor
Boston, Massachusetts  02210
Telephone:  (617) 426-5900
Facsimile:  (617) 426-8810
morrier@casneredwards.com
mansfield@casneredwards.com
brewer@casneredwards.com


*and lead counsel:*

Katherine Sully (New York Bar No. 4912416)
Natalie Lesser (New York Bar No. 017882010)
Stephen M. Baldini (New York Bar No. 2428381)
Daniel H. Golden (New York Bar No. 1133859)
David M. Zensky (New York Bar No. 2176691)
Angeline Lam Koo (New York Bar No. 4343208)
Sunish Gulati
Akin Gump Struss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Telephone:  212-872-1000
Facsimile: 212-872-1002
kscully@akingump.com
nlesser@akingump.com
sbaldini@akingump.com

2

dgolden@akingump.com
dzensky@akingump.com
akoo@akingump.com
sgulati@akingump.com


James P. Chou (New York Bar No. 2845303)
Jason L. Goldsmith (New York Bar No 4547659)
Akin Gump Struass Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022
(212) 872-1098
jchou@akingump.com
jgoldsmith@akingump.com


<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 17, 2011.


*/s/ John T. Morrier*
John T. Morrier

56916.0/513759.1