UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, In its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for the PHONES Notes,<br><br>Plaintiffs,<br><br>v.<br><br>ANNE G. TAYLOR as an Individual and as a Trustee of the TRUST U/A DTD 10-16-2000 BY WALTER K. GRAHAM FPO WALTER E. GRAHAM, et al.,<br><br>Defendants. | Civil Action No.:<br>1:11-CV-10982-NMG |

## NOTICE OF APPEARANCE OF COUNSEL

Pursuant to Local Rule 83.5.2(a), please enter the appearance of the undersigned counsel as attorney of record for the defendant, LPL Financial LLC (sued herein as "LPL Financial"), in the above-captioned action.

Respectfully submitted,

Dated: August 22, 2011        By: /s/ Justin J. Wolosz
                                                  Justin J. Wolosz (BBO# 643543)
                                                  ROPES & GRAY LLP
                                                  Prudential Tower
                                                  800 Boylston Street
                                                  Boston, MA 02199-3600
                                                  (617) 951-7000

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronics Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated:  August 22, 2011                                         /s/ Justin J. Wolosz
                                                                                Justin J. Wolosz