UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, In its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for the PHONES Notes, <br><br> Plaintiffs, <br><br> v. <br><br> ANNE G. TAYLOR as an Individual and as a Trustee of the TRUST U/A DTD 10-16-2000 BY WALTER K. GRAHAM FPO WALTER E. GRAHAM, et al., <br><br> Defendants. | Civil Action No.: <br> 1:11-CV-10982-NMG |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Local Rule 7.3, Defendant LPL Financial LLC (sued herein as "LPL Financial") states that it is a wholly-owned subsidiary of LPL Investment Holdings Inc., a publicly-traded corporation.

Respectfully submitted,

Dated:  August 22, 2011                 By:  /s/ Justin J. Wolosz
                                             Justin J. Wolosz (BBO# 643543)
                                             ROPES & GRAY LLP
                                             Prudential Tower
                                             800 Boylston Street
                                             Boston, MA 02199-3600
                                             (617) 951-7000

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronics Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.


Dated:  August 22, 2011                                    /s/ Justin J. Wolosz
                                                                      Justin J. Wolosz