# EXHIBIT A

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## EXHIBIT A – MASSACHUSETTS

| Seq | Name | Name2 | Address | Shareholder Transfers | | Date Unknown |
|---|---|---|---|---|---|---|
| | | | | Step One | Step Two | |
| 1091 | ANNE G TAYLOR TTEE | | | | | |
| 2611 | BERNARD E & EDITH B WATERMAN | | | | | |
| 2829 | BEVERLY MACKINTOSH TTEE | | | | | |
| 2828 | BEVERLY MACKINTOSH TTEE | | | | | |
| 3481 | BOSTON TRUST & INVESTMENT | | | | | |
| 40432 | CAMBRIDGE APPLETON TRUST CO. | | | | | |
| 6332 | COLLEGES OF APPLIED ARTS AND TECHNOLOGY PENSION PLAN | | | | | |
| 6411 | COMMERCIAL BANKING CLIENT RANG | | | | | |
| 6509 | CONNELL FAMILY PARTNERSHIP TRUST | | | | | |
| 6630 | COOLIDGE, FRANCIS L | | | | | |
| 6629 | COOLIDGE, FRANCIS L | | | | | |
| 9137 | DT BROAD MARKET STOCK INDEX FUND | | | | | |

990753.3

| | | | | Shareholder Transfers | | |
| --- | --- | --- | --- | --- | --- | --- |
| Seq | Name | Name2 | Address | Step One | Step Two | Date Unknown |
| 9545 | EDWIN J HAYES TTEE | | | | | |
| 36041 | EMPLOYERS' FIRE INSURANCE COMPANY | | | | | |
| 36039 | EMPLOYERS' FIRE INSURANCE COMPANY | | | | | |
| 10006 | EQUISERVE EXCHANGE AGENT COVERAGE | | | | | |
| 10772 | FIDUCIARY SSB | | | | | |
| 10773 | FIDUCIARY TRUST CO. | | | | | |
| 1 | GEL APLHA EDGE COMMON TRST FD & TRUST COMPANY | | | | | |
| 12922 | GOLDSTEIN, FREDERICK | | | | | |
| 13315 | GREENBERG, ANNE-MARIE S | | | | | |
| 14306 | HARVARD UNIVERSITY | | | | | |
| 15692 | I.B.E.W. 103 | | | | | |
| 40828 | INVESTORS BANK AND TRUST INSTITUTIONAL COMPANY | | | | | |
| 16110 | INVESTORS BK & TR | | | | | |
| 18743 | KEELER, GEORGE E. | | | | | |

2

990753.3

| Seq | Name | Name2 | Address | Shareholder Transfers | | Date |
|---|---|---|---|---|---|---|
| | | | | Step One | Step Two | Unknown |
| 40302 | LOOMIS SAYLES CREDIT ALPHA FUND | | | | | |
| 21471 | LPL FINANCIAL | | | | | |
| 22034 | MANAGED PENSION FUNDS LIMITED (MFS FUNDS (UK)) | | | | | |
| 24528 | MANULIFE INVST EX FDS CORP. - MIX | | | | | |
| 22117 | MANULIFE U.S. EQUITY FUND | | | | | |
| 22230 | MARGARET R CONIGLIO TTEE | | | | | |
| 22557 | MARSHFIELD CLINIC MASTER TRUST | | | | | |
| 40303 | MASSMUTUAL PREMIER ENHANCED INDEX VALUE FUND | | | | | |
| 40810 | MASSMUTUAL PREMIER MAIN STREET SMALL CAP FUND | | | | | |
| 40305 | MASSMUTUAL PREMIER SMALL COMPANY OPPORTUNITIES FUND | | | | | |
| 40307 | MASSMUTUAL SELECT DIVERSIFIED VALUE FUND | | | | | |

3

990753.3

| | | | Shareholder Transfers | | |
| | | | Step One | Step Two | Date |
| Seq | Name | Name2 | Address | | Unknown |
|---|---|---|---|---|---|
| 40309 | MASSMUTUAL SELECT INDEXED EQUITY FUND | | | | |
| 24237 | MILL SHARES HOLDINGS (BERMUDA) LTD. | | | | |
| 40314 | MML BLEND FUND | | | | |
| 40315 | MML EQUITY INCOME FUND | | | | |
| 36207 | NORTHERN ASSURANCE CO. OF AMERICA | | | | |
| 27390 | ONE BEACON AMERICA INSURANCE CO | | | | |
| 27395 | ONEBEACON INSURANCE CO. | | | | |
| 27399 | ONEBEACON INSURANCE PENSION PLAN | | | | |
| 27401 | ONEBEACON INSURANCE SAVINGS PLAN | | | | |
| 27405 | ONEBEACON INSURANCE SAVINGS PLAN - EQUITY 401K | | | | |
| 27407 | ONEBEACON INSURANCE SAVINGS PLAN - FULLY MANAGED | | | | |
| 27443 | ONTARIO PENSION BOARD | | | | |

4

990753.3

| Seq | Name | Name2 | Address | Shareholder Transfers | | Date Unknown |
|---|---|---|---|---|---|---|
| | | | | Step One | Step Two | |
| 27778 | PALMER & DODGE | | | | | |
| 28320 | PENNSYLVANIA GENERAL INSURANCE CO | | | | | |
| 28348 | PENSION RESERVES INVESTMENT TRUST FUND | | | | | |
| 29418 | PUTNAM S&P 500 FUND | | | | | |
| 29419 | PUTNAM S&P 500 FUND | | | | | |
| 29422 | PUTNAM S&P 500 INDEX FUND | | | | | |
| 30035 | RE STATE ST BANK & TRSUT CO | | | | | |
| 30090 | REED US RETIREMENT PLAN | | | | | |
| 30091 | REED US RETIREMENT PLAN | | | | | |
| 30431 | RHUMBLINE S.A. FREE S&P INDEX | | | | | |
| 30432 | RHUMBLINE S.A. FREE S&P INDEX | | | | | |
| 33249 | SHATTUCK, DOROTHY RUSSELL | | | | | |
| 34350 | SSBT OMNIBUS ACCOUNT | | | | | |
| 40840 | SSB-TRUST CUSTODY | | | | | |
| 34546 | STATE ST BK & TR | | | | | |

5

990753.3

| Seq | Name | Name2 | Address | Shareholder Transfers | | Date |
|---|---|---|---|---|---|---|
| | | | | Step One | Step Two | Unknown |
| 34550 | STATE STREET AMR | | | | | |
| 34551 | STATE STREET AMR | | | | | |
| 40868 | STATE STREET BANK & TRUST CO. AS SUCCESSOR TO INVESTORS BANK TRUST COMPANY | | | | | |
| 40856 | STATE STREET BANK & TRUST CO. AS SUCCESSOR TO INVESTORS BANK TRUST COMPANY / INSTITUTIONAL CUSTODY | | | | | |
| 40842 | STATE STREET BANK & TRUST CO./IBT-ACCOUNT # 2 | | | | | |
| 34601 | STATE STREET BANK & TRUST COMPANY | | | | | |
| 34610 | STATE STREET TRUST AND BANKING | | | | | |
| 37090 | TRUST U/A A. JOHNSON FBO C. BOYNTON | | | | | |
| 3475 | TRUSTEES OF BOSTON COLLEGE | | | | | |
| 37393 | UD VIRGINIA S RISLEY JT RISLEY | | | | | |
| 37394 | UD VS RISLEY CJ DE SIEYES ETAL | | | | | |
| 37395 | UD VS RISLEY DC DE SIEYES ETAL | | | | | |

990753.3

6

| Seq | Name | Name2 | Address | Shareholder Transfers | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Step One | Step Two | Date Unknown |
| 37925 | VIKRAM PARVATANENI | | | | | |
| 38450 | WATERMAN, MR BERNARD E | | | | | |

7

9907753.3