AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY, ET AL | ) |
| *Plaintiff* | ) |
| v. | ) |
| ANNE G. TAYLOR, ET AL | ) |
| *Defendant* | ) |

Case No.    1:11-cv-10982-NMG

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MATSCO, INCORPORATED

Date:    08/25/2011

_____
*Attorney's signature*

Simon J. Brighenti, Jr., BBO #550077
*Printed name and bar number*

O'CONNELL, FLAHERTY & ATTMORE LLC
1350 Main Street
Springfield MA 01103

*Address*

sbrighenti@ofalaw.com
*E-mail address*

(413) 747-1773
*Telephone number*

(413) 746-1529
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically by the ECF system to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated:  8/25/11

Simon J. Brighenti, Jr., BBO #550077