**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| DEUTSCH BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for the PHONES Notes,<br><br>          Plaintiffs,<br><br>  v.<br><br>ANNE. G. TAYLOR, as Individual and as a Trustee of the TRUST U/A DTD 10-16-2000 BY WALTER K. GRAHAM FBO WALTER E. GRAHAM, et al.,<br><br>          Defendants. | Civil Action No. 11-CV-10982-NMG |

## NOTICE OF APPEARANCE

Please enter the appearance of Joshua S. Pemstein, BBO No. 657531, of the law firm FOLEY HOAG LLP, 155 Seaport Boulevard, Boston, MA 02210-2600 on behalf of the following defendants in the above captioned matter:

    Mill Shares Holdings (Bermuda) LTD
    Northern Assurance Co. of America
    OneBeacon America Insurance Co.
    OneBeacon Insurance Co.
    OneBeacon Insurance Pension Plan
    OneBeacon Insurance Savings Plan
    OneBeacon Insurance Savings Plan – Equity 401k
    OneBeacon Insurance Savings Plan – Fully Managed
    Pennsylvania General Insurance Co.
    Employers' Fire Insurance Company

|  |  |
|---|---|
|  | MILL SHARES HOLDINGS (BERMUDA) LTD, NORTHERN ASSURANCE CO. OF AMERICA, ONEBEACON AMERICA INSURANCE CO., ONEBEACON INSURANCE CO., ONEBEACON INSURANCE PENSION PLAN, ONEBEACON INSURANCE SAVINGS PLAN, ONEBEACON INSURANCE SAVINGS PLAN – EQUITY 401K, ONEBEACON INSURANCE SAVINGS PLAN – FULLY MANAGED, PENNSYLVANIA GENERAL INSURANCE CO., and EMPLOYERS' FIRE INSURANCE COMPANY |
|  | By its attorney, |
|  | /s/ Joshua S. Pemstein<br>Joshua S. Pemstein (BBO #657531)<br>FOLEY HOAG LLP<br>Seaport World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210<br>tel: (617) 832-1000<br>fax: (617) 832-7000 |
| Dated:  August 30, 2011 | jpemstein@foleyhoag.com |

B3918270.1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| DEUTSCH BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for the PHONES Notes,<br><br>                     Plaintiffs,<br><br>     v.<br><br>ANNE. G. TAYLOR, as Individual and as a Trustee of the TRUST U/A DTD 10-16-2000 BY WALTER K. GRAHAM FBO WALTER E. GRAHAM, et al.,<br><br>                     Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No. 11-CV-10982-NMG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I hereby certify that true and accurate copies of the following, which were filed via the Court's ECF system, will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 30, 2011:

1. Notice Of Appearance; and

2. this Certificate of Service.

                                                    /s/ Joshua S. Pemstein
                                                    Joshua S. Pemstein (BBO #657531)
                                                    FOLEY HOAG LLP
                                                    Seaport World Trade Center West
                                                    155 Seaport Boulevard
                                                    Boston, MA 02210
                                                    tel: (617) 832-1000
                                                    fax: (617) 832-7000
                                                    jpemstein@foleyhoag.com

Dated: August 30, 2011