UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                              )
DEUTSCHE BANK TRUST COMPANY AMERICAS,         )
In its capacity as successor indenture trustee for Certain )
series of Senior Notes, LAW DEBENTURE TRUST   )
COMPANY OF NEW YORK, in its capacity as successor )
indenture trustee for certain series of Senior Notes, and )
WILMINGTON TRUST COMPANY, in its capacity as )
Successor indenture trustee for the PHONES Notes, )
                                              )
                    Plaintiffs,               )
                                              )   No. 1:11-CV-10982-NMG
v.                                            )
                                              )
ANNE G. TAYLOR, as an Individual and as a Trustee )
of the TRUST U/A DTD 10-16-2000 BY WALTER K.  )
GRAHAM FBO WALTER E. GRAHAM, et al.,          )
                                              )
                    Defendants.               )
_____)

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel for defendant BOSTON PRIVATE BANK & TRUST COMPANY, In Its Capacity as Trustee of TRUST U/A A. JOHNSON FBO C. BOYNTON. This appearance does not constitute a waiver of any substantive, procedural, or jurisdictional defenses that said defendant may have.

                              BOSTON PRIVATE BANK & TRUST
                              COMPANY, In Its Capacity as Trustee of
                              TRUST U/A A. JOHNSON FBO C. BOYNTON

                              By its attorneys,

                              */s/ Stephen C. Reilly*
                              Stephen C. Reilly, BBO #555371
                              SALLY & FITCH LLP
                              One Beacon Street
                              Boston, MA 02108
                              617-542-5542
                              scr@sally-fitch.com

Dated: August 31, 2011

## CERTIFICATE OF SERVICE

  I, Stephen C. Reilly, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 31, 2011.

                  */s/ Stephen C. Reilly*
                  Stephen C. Reilly