UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
DEUTSCHE BANK TRUST COMPANY AMERICAS,        )
In its capacity as successor indenture trustee for Certain )
series of Senior Notes, LAW DEBENTURE TRUST  )
COMPANY OF NEW YORK, in its capacity as successor )
indenture trustee for certain series of Senior Notes, and )
WILMINGTON TRUST COMPANY, in its capacity as )
Successor indenture trustee for the PHONES Notes, )
                                            )
                        Plaintiffs,          )
                                            )   No. 1:11-CV-10982-NMG
v.                                          )
                                            )
ANNE G. TAYLOR, as an Individual and as a Trustee )
of the TRUST U/A DTD 10-16-2000 BY WALTER K. )
GRAHAM FBO WALTER E. GRAHAM, et al.,        )
                                            )
                        Defendants.          )
_____)

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for defendant BOSTON PRIVATE BANK & TRUST COMPANY, In Its Capacity as Trustee of TRUST U/A A. JOHNSON FBO C. BOYNTON. This appearance does not constitute a waiver of any substantive, procedural, or jurisdictional defenses that said defendant may have.

                                      BOSTON PRIVATE BANK & TRUST
                                      COMPANY, In Its Capacity as Trustee of
                                      TRUST U/A A. JOHNSON FBO C. BOYNTON

                                      By its attorneys,

                                      */s/ Jennifer E. Greaney*
                                      Stephen C. Reilly, BBO #555371
                                      Jennifer E. Greaney, BBO # 643337
                                      SALLY & FITCH LLP
                                      One Beacon Street
                                      Boston, MA 02108
                                      617-542-5542
Dated:  August 31, 2011                  jeg@sally-fitch.com

CERTIFICATE OF SERVICE

    I, Jennifer E. Greaney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 31, 2011.

                                                                         /s/ *Jennifer E. Greaney*
                                                                         Jennifer E. Greaney