UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEUTSCH BANK TRUST COMPANY
AMERICAS, in its capacity as successor
indenture trustee for certain series of Senior
Notes, LAW DEBENTURE TRUST
COMPANY OF NEW YORK, in its capacity
as successor indenture trustee for certain
series of Senior Notes and WILMINGTON
TRUST COMPANY, in its capacity as
successor indenture trustee for the PHONES
Notes,
       Plaintiffs,

v.

ANNE G. TAYLOR, as Individual and as a
Trustee of the TRUST U/A DTD 10-16-2000
BY WALTER K. GRAHAM FBO
WALTER E. GRAHAM, et al.
       Defendants.

## NOTICE OF APPEARANCE

Please enter the appearance of John P. Dennis, BBO No. 120592, of the law firm LYNCH, BREWER, HOFFMAN & FINK, LLP, 75 Federal Street, 7th Floor, Boston, Massachusetts 02110-1913, on behalf of Connell Family Partnership Trust.   You are invited to attend and cross-examine.

       CONNELL FAMILY PARTNERSHIP TRUST,

       By its attorney,

       /s/ John P. Dennis
       _____
       John P. Dennis, BBO #120592
       LYNCH, BREWER, HOFFMAN & FINK, LLP
       75 Federal Street, 7th Floor
       Boston, MA  02110-1800
       (617) 951-0800
       jdennis@lynchbrewer.com