UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEUTSCH BANK TRUST COMPANY
AMERICAS, in its capacity as successor
indenture trustee for certain series of Senior
Notes, LAW DEBENTURE TRUST
COMPANY OF NEW YORK, in its capacity
as successor indenture trustee for certain
series of Senior Notes and WILMINGTON
TRUST COMPANY, in its capacity as
successor indenture trustee for the PHONES
Notes,
                    Plaintiffs,

v.

ANNE G. TAYLOR, as Individual and as a
Trustee of the TRUST U/A DTD 10-16-2000
BY WALTER K. GRAHAM FBO
WALTER E. GRAHAM, et al.
                    Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that true and accurate copies of the following, which were filed via the Court's ECF system, will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 30, 2011.

1. Notice of Appearance;

2. this Certificate of Service.

                    /s/ John P. Dennis

                    John P. Dennis, BBO #120592
                    LYNCH, BREWER, HOFFMAN & FINK, LLP
                    75 Federal Street, 7th Floor
                    Boston, MA  02110-1800
                    (617) 951-0800
                    jdennis@lynchbrewer.com