UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for the PHONES Notes,<br><br>Plaintiffs,<br><br>v.<br><br>ANNE G. TAYLOR as an Individual and as a Trustee of the TRUST U/A DTD 10-16-2000 BY WALTER K. GRAHAM FBO WALTER E. GRAHAM, et al.,<br><br>Defendants. | Civil Action No.:<br>1:11-CV-10982-NMG |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT FIDUCIARY TRUST COMPANY**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.3, Defendant Fiduciary Trust Company, by and through its undersigned counsel, states that it is a wholly-owned subsidiary of Fiduciary Company Incorporated, a Massachusetts corporation. No publicly held corporation owns 10% or more of the stock of Fiduciary Company Incorporated.

                Respectfully Submitted,

                FIDUCIARY TRUST COMPANY

                By its attorneys,

                /s/ Marc C. Laredo
                Marc C. Laredo, BBO No. 543973
                Trevor M. Findlen, BBO No. 667336
                Laredo & Smith, LLP
                15 Broad Street, Suite 600
                Boston, MA 02109
                Tel: 617-367-7984
                Fax: 617-367-6475
                laredo@laredosmith.com
Dated: September 8, 2011      findlen@laredosmith.com

## CERTIFICATE OF SERVICE

      I hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filing and by first-class mail to those non-registered participants identified on the Notice of Electronic Filing.

      /s/ Marc C. Laredo
      Marc C. Laredo

Dated: September 8, 2011