UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
DEUTSCHE BANK TRUST COMPANY AMERICAS,       )
In its capacity as successor indenture trustee for Certain )
series of Senior Notes, LAW DEBENTURE TRUST )
COMPANY OF NEW YORK, in its capacity as successor )
indenture trustee for certain series of Senior Notes, and )
WILMINGTON TRUST COMPANY, in its capacity as )
Successor indenture trustee for the PHONES Notes, )
                                            )
                    Plaintiffs,             )
                                            )   No. 1:11-CV-10982-NMG
v.                                          )
                                            )
ANNE G. TAYLOR, as an Individual and as a Trustee )
of the TRUST U/A DTD 10-16-2000 BY WALTER K. )
GRAHAM FBO WALTER E. GRAHAM, et al.,        )
                                            )
                    Defendants.             )
_____)

## CORPORATE DISCLOSURE STATEMENT OF
## BOSTON PRIVATE BANK & TRUST COMPANY

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.3, Boston Private Bank & Trust Company, which has appeared as a defendant in this matter solely in its capacity as trustee of Trust U/A A. Johnson FBO C. Boynton, states that it is a wholly-owned subsidiary of Boston Private Financial Holdings, Inc. ("BPFHI").  No publicly-held corporation owns 10% or more of the stock of BPFHI.

                                BOSTON PRIVATE BANK & TRUST
                                COMPANY, In Its Capacity as Trustee of
                                TRUST U/A A. JOHNSON FBO C. BOYNTON

                                By its attorneys,

                                /s/ Stephen C. Reilly
                                Stephen C. Reilly, BBO #555371
                                SALLY & FITCH LLP
                                One Beacon Street
                                Boston, MA 02108
                                617-542-5542
                                scr@sally-fitch.com

Dated: September 8, 2011

## CERTIFICATE OF SERVICE

      I, Stephen C. Reilly, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 8, 2011.

                                        */s/ Stephen C. Reilly*
                                        Stephen C. Reilly