# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for the PHONES Notes, | : : : : : : : : : | |
| Plaintiffs, | : : | |
| vs. | : : : | Case No. 11-cv-10982 |
| ANNE G. TAYLOR as an Individual and as a Trustee of the TRUST U/A DTD 10-16-2000 BY WALTER K. GRAHAM FBO WALTER E. GRAHAM; BERNARD E. & EDITH B. WATERMAN CHARITABLE FOUNDATION; BEVERLY MACKINTOSH as an Individual and as a Trustee of the Trust U/A DTD 8-22-1989 BY MARY CONIGLIO; BEVERLY MACKINTOSH as an Individual and as a Trustee of the Trust U/A DTD 8-22-1989 BY MARY CONIGLIO GSTT TE TRUST; BOSTON TRUST & INVESTMENT MANAGEMENT COMPANY; CAMBRIDGE APPLETON TRUST CO.; FIFTH THIRD BANK; COLLEGES OF APPLIED ARTS AND TECHNOLOGY PENSION PLAN; COMMERCIAL BANKING CLIENT RANG; CONNELL FAMILY PARTNERSHIP TRUST; FRANCIS L. COOLIDGE; DT BROAD MARKET STOCK INDEX FUND; EDWIN J. HAYES as an Individual and as a Trustee of the TRUST U/A DTD 5-26-2006 BY EDWIN J. HAYES JR.; EMPLOYERS' FIRE INSURANCE COMPANY; EQUISERVE EXCHANGE AGENT OVERAGE; FIDUCIARY SSB; FIDUCIARY TRUST CO.; GBL ALPHA EDGE COMMON TRST FD & TRUST COMPANY; FREDERICK GOLDSTEIN; ANNE-MARIE S. GREENBERG; HARVARD UNIVERSITY; I.B.E.W. 103; IBEW LOCAL 103 PENSION PLAN; INVESTORS BANK AND TRUST INSTITUTIONAL COMPANY; INVESTORS BANK & TRUST; GEORGE E. KEELER; LOOMIS SAYLES CREDIT ALPHA FUND; LPL FINANCIAL; MANAGED PENSION FUNDS LIMITED (MFS FUNDS (UK)); MANULIFE INVST EX FDS | : : : : : : : : : : : : : : : : : : : : : : : : : : : : | |

1

CORP.-MIX; MANULIFE U.S. EQUITY FUND; MARGARET R. CONIGLIO as an Individual and as a Trustee of the TRUST U/A/ DTD 8-22-1989 BY MARGARET R. CONIGLIO TRUST; MARSHFIELD CLINIC MASTER TRUST; MASSMUTUAL PREMIER ENHANCED INDEX VALUE FUND; MASSMUTUAL PREMIER MAIN STREET SMALL CAP FUND; MASSMUTUAL PREMIER SMALL COMPANY OPPORTUNITIES FUND; MASSMUTUAL SELECT DIVERSIFIED VALUE FUND; MASSMUTUAL SELECT INDEXED EQUITY FUND; MILL SHARES HOLDINGS (BERMUDA) LTD.; MML BLEND FUND; MML EQUITY INCOME FUND; NORTHERN ASSURANCE CO. OF AMERICA; ONEBEACON AMERICA INSURANCE CO.; ONEBEACON INSURANCE CO.; ONEBEACON INSURANCE PENSION PLAN; ONEBEACON INSURANCE SAVINGS PLAN; ONEBEACON INSURANCE SAVINGS PLAN – EQUITY 401K; ONEBEACON INSURANCE SAVINGS PLAN – FULLY MANAGED; ONTARIO PENSION BOARD; PALMER & DODGE; PENNSYLVANIA GENERAL INSURANCE CO.; PENSION RESERVES INVESTMENT TRUST FUND; PUTNAM S&P 500 FUND; PUTNAM S&P 500 INDEX FUND; PUTNAM FIDUCIARY TRUST COMPANY, TRUSTEE; RE STATE ST. BANK & TRUST CO.; GBL ALPHA EDGE COMMON TRUST FD; REED US RETIREMENT PLAN; RHUMBLINE S.A. FREE S&P INDEX; DOROTHY RUSSELL SHATTUCK; SSBT ONMIBUS ACCOUNT; SSB-TRUST CUSTODY; STATE STREET BANK & TRUST; STATE STREET AMR; STATE STREET BANK & TRUST CO. AS SUCCESSOR TO INVESTORS BANK TRUST COMPANY; STATE STREET BANK & TRUST CO. AS SUCCESSOR TO INVESTORS BANK TRUST COMPANY/INSTITUTIONAL CUSTODY; STATE STREET BANK & TRUST CO./IBT-ACCOUNT # 2; STATE STREET BANK & TRUST COMPANY; STATE STEET TRUST AND BANKING; TRUST U/A A. JOHNSON FBO C. BOYNTON; TRUSTEES OF BOSTON COLLEGE; UD VIRGINIA S. RISLEY JT RISLEY; JOHN T. RISLEY; UD VS RISLEY CJ DE SIEYES ET AL; DR. CHARLES J. DE SIEYES; UD VS RISLEY DC DE SIEYES ET AL; DAVID C. DE SIEYES; VIKRAM PARVATANENI; and BERNARD E. WATERMAN AND EDITH B. WATERMAN, JTWROS;

and EMPLOYERS' FIRE INSURANCE COMPANY;
GEORGE E. KEELER; EDWIN J. HAYES, JR.;
FREDRICK GOLDSTEIN; WALTER K. TAYLOR;
MATSCO INCORPORATED; THE PEOPLES BANK;
REPUBLIC BANK AND TRUST CO.; KAREN RAPKIN;
MARCIA TINGLEY; ALOYSIUS J. FRANZ; and
RICHARD PANIAGUA, on behalf of themselves and a
class of similarly situated persons and entities,

Defendants.

### PLAINTIFFS' MOTION TO EXTEND TIME FOR SERVICE OF SUMMONS AND COMPLAINT

Plaintiff Deutsche Bank Trust Company Americas, in its capacity as successor indenture trustee for a certain series of Senior Notes ("DBTCA"), Plaintiff Law Debenture Trust Company of New York, in its capacity as successor indenture trustee for a certain series of Senior Notes ("Law Debenture"), and Plaintiff Wilmington Trust Company, in its capacity as successor indenture trustee for the PHONES Notes ("Wilmington Trust" and, together with DBTCA and Law Debenture, "Plaintiffs"), through Plaintiffs' undersigned counsel, respectfully move this Court, pursuant to Federal Rules of Civil Procedure ("FRCP") 4(m) and 6(b)(1)(A), for an order extending the deadline for service of the summons and amended complaint in this action (as the amended complaint may be further amended from time to time, subject to and in accordance with FRCP 15 and 21), and the time period referenced in FRCP 15(c)(1)(C), by six months, through and including March 30, 2012, and if necessary modifying the stay entered by this Court on July 6, 2011 for the limited purpose of providing such relief, and granting such other and further relief as the Court deems just and proper.

The original complaint was filed on June 2, 2011, and the original 120-day FRCP 4(m) and 15(c) periods therefore have not yet expired.

| | |
|---|---|
| Dated:  September 12, 2011 | Respectfully submitted,<br>DEUTSCHE BANK TRUST COMPANY AMERICAS,<br>LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br>WILMINGTON TRUST COMPANY,<br>By their attorneys,<br><br>/s/ John T. Morrier<br>John T. Morrier, BBO #628624<br>Douglas K. Mansfield, BBO #318320<br>Donna M. Brewer, BBO #545254<br>Casner & Edwards, LLP<br>303 Congress Street<br>Boston, MA  02210<br>Telephone:  (617) 426-5900<br>Facsimile:  (617) 426-8810<br>morrier@casneredwards.com<br>mansfield@casneredwards.com<br>brewer@casneredwards.com |

*Of Counsel:*

Daniel H. Golden, Esq. (*pro hac vice* application pending)
David M. Zensky, Esq. (*pro hac vice* application pending)
Stephen M. Baldini, Esq. (*pro hac vice* application pending)
James P. Chou, Esq. (*pro hac vice* application pending)
Jason L. Goldsmith, Esq. (*pro hac vice* application pending)
Angeline Lam Koo, Esq. (*pro hac vice* application pending)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 12, 2011.

                                      */s/ John T. Morrier*
                                      John T. Morrier

56916.0/515046.1