IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et al.,

Plaintiffs,

vs.

ANNE G. TAYLOR as an Individual and as a Trustee of the TRUST U/A DTD 10-16-2000 BY WALTER K. GRAHAM FBO WALTER E. GRAHAM, et al.,

Defendants.

Case No. 11-cv-10982

**[PROPOSED] ORDER**

AND NOW, this ____ day of _____, 2011, upon consideration of Plaintiffs' motion, pursuant to Federal Rules of Civil Procedure ("FRCP") 4(m) and 6(b)(1)(A), to extend the deadline for service of the summons and amended complaint in this action and the time period referenced in FRCP 15(c)(1)(C), and if necessary to lift the stay entered by this Court on July 6, 2011 for the limited purpose of granting such relief (the "Motion"), the Motion is GRANTED and, subject to Plaintiffs' right to make further application for relief with respect to the periods provided in FRCP 4(m) and 15(c)(1)(C), it is hereby ORDERED that:

1.  With respect to defendants named in the amended complaint filed on or around August 22, 2011 (a) the time for Plaintiffs to serve the summons and amended complaint in this action (as the amended complaint may be further amended from time to time, subject to and in accordance with FRCP 15 and 21) is extended by six months, retroactive to September 30, 2011, and (b) FRCP 4(m) may be satisfied by service of the amended complaint (as it may be further

1

amended from time to time, subject to and in accordance with FRCP 15 and 21) on or before March 30, 2012; and

      2.      With respect to defendants who may be added as defendants or changed through amendments on or after August 22, 2011 including defendants within the putative defendant class who Plaintiffs determine should be individually named (a) the time for Plaintiffs to serve the summons and amended complaint in this action (as the amended complaint may be further amended from time to time, subject to and in accordance with FRCP 15 and 21) and (b) the time period referenced in FRCP 15(c)(1)(C) shall expire no earlier than March 30, 2012.

                                BY THE COURT:

                                _____
                                United States District Judge

CERTIFICATE OF SERVICE

  I hereby certify that this PROPOSED ORDER filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 12, 2011.

            */s/ John T. Morrier*
            John T. Morrier