# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DEUTSCHE BANK TRUST COMPANY | : | Civil Action No.: |
| AMERICAS, in its capacity as successor indenture | : | 1:11-cv-10982 (NMG) |
| trustee for certain series of Senior Notes, et al. | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ANNE G. TAYLOR et al., | : | |
| | : | |
| Defendants. | : | |
| | : | September 12, 2011 |

## NOTICE OF APPEARANCE OF AINSLEY G. MOLONEY

Pursuant to Local Civil Rule 83.5.2(a), please enter the appearance of Ainsley G.
Moloney of Bingham McCutchen LLP as counsel of record for Defendants Putnam S&P 500
Index Fund, incorrectly named as "Putnam S&P 500 Fund", and Putnam Fiduciary Trust
Company, Trustee.

A/74512706.1

Respectfully submitted,


/s/ Ainsley G. Moloney
Ainsley G. Moloney
BBO No. 678660
BINGHAM McCUTCHEN LLP
One Federal Street
Boston, MA 02110
Phone:  (617) 951-8000
Fax:  (617) 951-8736
Email: ainsley.moloney@bingham.com

Michael C. D'Agostino
BINGHAM McCUTCHEN LLP
One State Street
Hartford, CT 06103
Phone:  (860) 240-2700
Fax:  (860) 240-2800
Email: michael.dagostino@bingham.com

*Attorney of record for Defendants, Putnam
S&P 500 Index Fund, incorrectly named as
"Putnam S&P 500 Fund", and Putnam
Fiduciary Trust Company, Trustee*


### CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2011, a copy of the foregoing was filed electronically and served by mail on parties unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to parties unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Ainsley G. Moloney
Ainsley G. Moloney