# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et al.<br><br>Plaintiffs,<br><br>v.<br><br>ANNE G. TAYLOR et al.,<br><br>Defendants. | Civil Action No.:<br>1:11-cv-10982 (NMG)<br><br><br><br><br><br><br><br><br><br>September 12, 2011 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. Rule. Civ. P. 7.1 and Local Civil Rule 7.3(A)(B), Defendants Putnam Fiduciary Trust Company, Trustee, and Putnam S&P 500 Index Fund, incorrectly named as "Putnam S&P 500 Fund", hereby make the following disclosures:

1. Putnam Fiduciary Trust Company is a wholly owned subsidiary of Putnam U.S. Holdings, LLC, which is a wholly owned subsidiary of Putnam Acquisition Financing LLC, which is a wholly owned subsidiary of Putnam Acquisition Financing Inc., which is a wholly owned subsidiary of Putnam Investments, LLC, which is a wholly owned subsidiary of Great-West Lifeco U.S. Inc., which is a wholly owned subsidiary of Great-West Financial (Nova Scotia) Co., which is a wholly owned subsidiary of Great-West Financial (Canada) Inc., which is a wholly owned subsidiary of Great-West Lifeco Inc.

2. Putnam S&P 500 Index Fund is a collective trust maintained by Putnam Fiduciary Trust Company as Trustee.

A/74487012.2

Respectfully submitted,

/s/ Ainsley G. Moloney
Ainsley G. Moloney
BBO No. 678660
BINGHAM McCUTCHEN LLP
One Federal Street
Boston, MA 02110
Phone: (617) 951-8000
Fax: (617) 951-8736
Email: ainsley.moloney@bingham.com

Michael C. D'Agostino
BINGHAM McCUTCHEN LLP
One State Street
Hartford, CT 06103
Phone: (860) 240-2700
Fax: (860) 240-2800
Email: michael.dagostino@bingham.com

*Attorney of record for Defendants, Putnam S&P 500 Index Fund, incorrectly named as "Putnam S&P 500 Fund", and Putnam Fiduciary Trust Company, Trustee*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2011, a copy of the foregoing was filed electronically and served by mail on parties unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to parties unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Ainsley G. Moloney
Ainsley G. Moloney