UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR CERTAIN SERIES OF SENIOR NOTES, LAW DEBENTURE TRUST COMPANY OF NEW YORK, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR CERTAIN SERIES OF SENIOR NOTES, AND WILMINGTON TRUST COMPANY, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR THE PHONES NOTES,<br><br>    Plaintiffs,<br><br>    v.<br><br>ANNE G. TAYLOR, AS AN INDIVIDUAL AND AS A TRUSTEE OF THE TRUST U/A DTD 10-16-2000 BY WALTER K. GRAHAM FBO WALTER E. GRAHAM, ET AL.,<br><br>    Defendants. | Case No. 1:11-CV-10982-NMG |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of The Peoples Bank in the above-captioned matter.

|  |  |
|---|---|
|  | THE PEOPLES BANK,<br>By its attorney,<br><br>/s/ Eric P. Magnuson<br>Eric P. Magnuson (BBO# 643805)<br>emagnuson@nutter.com<br>Nutter McClennen & Fish LLP<br>Seaport West, 155 Seaport Blvd.<br>Boston, Massachusetts 02210<br>Telephone:   (617) 439-2000 |
| Dated:  September 16, 2011 | Facsimile:   (617) 310-9000 |

## **CERTIFICATE OF SERVICE**

I certify that, on September 16, 2011, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Eric P. Magnuson

2044026.1