# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: TRIBUNE COMPANY FRAUDULENT
CONVEYANCE LITIGATION                                              MDL No. 2296

## ORDER GRANTING MOTION TO SUSPEND
## PANEL RULE 4.1 FOR NON-APPEARING PARTIES

On September 15, 2011, certain defendants filed a motion asking the Panel to suspend the service requirements of Panel Rule 4.1 upon defendants who have not appeared in this litigation via Panel CM/ECF. To date, no party has opposed this motion.

As of September 12, 2011, 667 named defendants have not yet filed notices of appearance in this MDL proceedings. Given the large number of non-appearing parties, service by mail of paper copies of responses on these non-appearing defendants would be very burdensome and costly. Two options are available for these non-appearing parties to access pleadings filed in this docket. They can access all pleadings via the PACER system or by registering with the Panel CM/ECF system. Alternatively, these parties can file a Notice of Appearance in MDL No. 2296 and receive a notice of all electronic filings. Accordingly, for good cause shown,

IT IS THEREFORE ORDERED that the motion is GRANTED. Service by mail of paper pleadings on non-appearing parties is suspended in this litigation.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel