IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et al.,

Plaintiffs,

vs.

ANNE G. TAYLOR as an Individual and as a Trustee of the TRUST U/A DTD 10-16-2000 BY WALTER K. GRAHAM FBO WALTER E. GRAHAM, et al.,

Defendants.

Case No. 11-cv-10982

## AFFIDAVIT OF SERVICE

I, John T. Morrier, Esq., certify that a summons and copy of the complaint and associated pleadings were served upon the Defendant, Republic Bank and Trust Co., via certified mail, return receipt requested, at the following address:

Republic Bank and Trust Co.
601 W. Market Street
Louisville, KY 40202

on August 12, 2011. Attached is a copy of the return receipt acknowledging receipt by an agent on behalf of the Defendant, Republic Bank and Trust Co. on August 16, 2011.

Dated: September 16, 2011

    Respectfully submitted,
    DEUTSCHE BANK TRUST COMPANY
       AMERICAS,
    LAW DEBENTURE TRUST COMPANY OF
       NEW YORK,
    WILMINGTON TRUST COMPANY,
    By their attorneys,

    /s/ John T. Morrier
    John T. Morrier, BBO #628624
    Douglas K. Mansfield, BBO #318320
    Donna M. Brewer, BBO #545254
    Casner & Edwards, LLP
    303 Congress Street
    Boston, MA 02210
    Telephone: (617) 426-5900
    Facsimile: (617) 426-8810
    morrier@casneredwards.com
    mansfield@casneredwards.com
    brewer@casneredwards.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 23, 2011.

    /s/ John T. Morrier
    John T. Morrier

56916.0/515456.1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Addressed to:

Bank and Trust Co.
rket Street
e, KY 40202

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
J. Cohen   AUG 16 2011

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

[Postmark: DOWNTOWN STATION, LOUISVILLE KY 40203]

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Number (from service label): 7010 0290 0001 4013 7885

11, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $   56916.0/ATI |

[Postmark: AUG 12 2011]

Sent To: Republic Bank and Trust Co.
Street, Apt. No.; or PO Box No.: 601 W. Market Street
City, State, ZIP+4: Louisville, KY 40202

7010 0290 0001 4013 7885

PS Form 3800, August 2006   See Reverse for Instructions