IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DEUTSCHE BANK TRUST COMPANY AMERICAS, in
its capacity as successor indenture trustee for certain series
of Senior Notes, et al.,

Plaintiffs,

vs.                                                            Case No. 11-cv-10982

ANNE G. TAYLOR as an Individual and as a Trustee of
the TRUST U/A DTD 10-16-2000 BY WALTER K.
GRAHAM FBO WALTER E. GRAHAM, et al.,

Defendants.

## AFFIDAVIT OF SERVICE

I, John T. Morrier, Esq., certify that a summons and copy of the complaint and

associated pleadings were served upon the Defendant, The Peoples Bank, via certified

mail, return receipt requested, at the following address:

The Peoples Bank
222 S. Main Street
Pratt, KS 67124

on August 12, 2011.  Attached is the return receipt acknowledging receipt by an agent on

behalf of the Defendant, The Peoples Bank on August 15, 2011.

Dated: September 16, 2011

Respectfully submitted,
DEUTSCHE BANK TRUST COMPANY
   AMERICAS,
LAW DEBENTURE TRUST COMPANY OF
   NEW YORK,
WILMINGTON TRUST COMPANY,
By their attorneys,


/s/ John T. Morrier
John T. Morrier, BBO #628624
Douglas K. Mansfield, BBO #318320
Donna M. Brewer, BBO #545254
Casner & Edwards, LLP
303 Congress Street
Boston, MA  02210
Telephone:  (617) 426-5900
Facsimile:  (617) 426-8810
morrier@casneredwards.com
mansfield@casneredwards.com
brewer@casneredwards.com


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 23, 2011.


/s/ John T. Morrier
John T. Morrier


56916.0/515455.1

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Peoples Bank
c/o Teresa Noel
222 S. Main Street
Pratt, KS   67124

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent
                             ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

KS 6

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

AUG 15 2011

USPS

3. Service Type
XX☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7010 0290 0001 4013 7892

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540