IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et al.,

Plaintiffs,

vs.

ANNE G. TAYLOR as an Individual and as a Trustee of the TRUST U/A DTD 10-16-2000 BY WALTER K. GRAHAM FBO WALTER E. GRAHAM, et al.,

Defendants.

Case No. 11-cv-10982

## AFFIDAVIT OF SERVICE

I, John T. Morrier, Esq., certify that a summons and copy of the complaint and associated pleadings were served upon the Defendant, Marcia Tingley, via certified mail, return receipt requested, at the following address:

Marcia Tingley
P.O. Box 779
Kittery, ME 03904-0779

on August 23, 2011. Attached is a copy of the return receipt acknowledging receipt by the Defendant, Marcia Tingley on August 27, 2011.

Dated: September 16, 2011

      Respectfully submitted,
      DEUTSCHE BANK TRUST COMPANY
        AMERICAS,
      LAW DEBENTURE TRUST COMPANY OF
        NEW YORK,
      WILMINGTON TRUST COMPANY,
      By their attorneys,

/s/ John T. Morrier
John T. Morrier, BBO #628624
Douglas K. Mansfield, BBO #318320
Donna M. Brewer, BBO #545254
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210
Telephone: (617) 426-5900
Facsimile: (617) 426-8810
morrier@casneredwards.com
mansfield@casneredwards.com
brewer@casneredwards.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 23, 2011.

/s/ John T. Morrier
John T. Morrier

56916.0/515457.1

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Marcia M Tingley*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Marcia M Tingley    C. Date of Delivery: 8/27/11 |
| 1. Article Addressed to:<br><br>Marcia Tingley<br>P.O. Box 779<br>Kittery, ME   03904-0779 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>[Postmark: KITTERY, ME 03904  AUG 27 2011]<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered        ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7010 0290 0001 4013 8905 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540