IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TAYLOR, et al., <br><br> Defendants. | Case No. 1:11-cv-10982-NMG |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Pursuant to Local Rule 83.5.2(a), kindly enter the appearance of Kate M. O'Keeffe and Dechert LLP as counsel for Defendants MassMutual Premier Enhanced Index Value Fund, MassMutual Premier Main Street Small Cap Fund, MassMutual Premier Small Co. Opportunities Fund, MassMutual Select Diversified Value Fund, MassMutual Select Indexed Equity Fund, MML Blend Fund, and MML Equity Income Fund in the above-captioned matter.

Dated: October 3, 2011

Respectfully,

/s/ Kate M. O'Keeffe
Kate M. O'Keeffe (BBO # 672972)
DECHERT LLP
200 Clarendon Street, 27th Floor
Boston, MA 02116-5021
Telephone: (617) 728-7100
Facsimile: (617) 426-6567

*Counsel for Defendants MassMutual Premier Enhanced Index Value Fund, MassMututal Premier Main Street Small Cap Fund, MassMutual Premier Small Co. Opportunities Fund, MassMutual Select Diversified Value Fund, MassMutual Select Indexed Equity Fund, MML Blend Fund, and MML Equity Income Fund*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2011, I caused the foregoing Notice of Appearance to be electronically served via the Court's CM/ECF system upon all counsel of record.

/s/ Kate M. O'Keeffe (BBO # 672972)
kate.okeeffe@dechert.com