IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | Case No. 1:11-cv-10982-NMG |
| v. | ) ) | |
| TAYLOR, et al., | ) ) | |
| Defendants. | ) ) ) | |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Pursuant to Local Rule 83.5.2(a), kindly enter the appearance of Kate M. O'Keeffe and

Dechert LLP as counsel for Defendants Manulife Invst Ex FDS Corp.-MIX and Manulife U.S.

Equity Fund in the above-captioned matter.

Dated: October 3, 2011

Respectfully,

/s/ Kate M. O'Keeffe
Kate M. O'Keeffe (BBO # 672972)
DECHERT LLP
200 Clarendon Street, 27th Floor
Boston, MA  02116-5021
Telephone:    (617) 728-7100
Facsimile:    (617) 426-6567

*Counsel for Defendants Manulife Invst Ex FDS Corp.-MIX and Manulife U.S. Equity Fund*

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2011, I caused the foregoing Notice of Appearance to be electronically served via the Court's CM/ECF system upon all counsel of record.

/s/ Kate M. O'Keeffe (BBO # 672972)
kate.okeeffe@dechert.com