IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, et al., | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) Case No. 1:11-cv-10982-NMG |
| v. | )<br>) |
| TAYLOR, et al., | )<br>) |
| Defendants. | )<br>) |

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT MANULIFE INVST EX FDS CORP.-MIX AND DEFENDANT MANULIFE U.S. EQUITY FUND

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, the undersigned counsel for Defendants Manulife Invst Ex FDS Corp.-MIX and Manulife U.S. Equity Fund ("Defendants") certifies as follows: Defendants have no parent corporation and no publicly held corporation owns ten percent or more of either Defendant's stock.

Dated: October 3, 2011

Respectfully,

/s/ Kate M. O'Keeffe
Kate M. O'Keeffe (BBO # 672972)
DECHERT LLP
200 Clarendon Street, 27th Floor
Boston, MA 02116-5021
Telephone: (617) 728-7100
Facsimile: (617) 426-6567

*Counsel for Defendants Manulife Invst Ex FDS Corp.-MIX and Manulife U.S. Equity Fund*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2011, I caused the foregoing Corporate Disclosure Statement to be electronically served via the Court's CM/ECF system upon all counsel of record.

/s/ Kate M. O'Keeffe (BBO #672972)
kate.okeeffe@dechert.com
