IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TAYLOR, et al., <br><br> Defendants. | Case No. 1:11-cv-10982-NMG |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS
MASSMUTUAL PREMIER ENHANCED INDEX VALUE FUND,
MASSMUTUTAL PREMIER MAIN STREET SMALL CAP FUND,
MASSMUTUAL PREMIER SMALL CO. OPPORTUNITIES FUND,
MASSMUTUAL SELECT DIVERSIFIED VALUE FUND,
MASSMUTUAL SELECT INDEXED EQUITY FUND,
MML BLEND FUND, AND MML EQUITY INCOME FUND**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, the undersigned counsel for Defendants MassMutual Premier Enhanced Index Value Fund, MassMutual Premier Main Street Small Cap Fund, MassMutual Premier Small Co. Opportunities Fund, MassMutual Select Diversified Value Fund, MassMutual Select Indexed Equity Fund, MML Blend Fund, and MML Equity Income Fund ("Defendants") certifies as follows: Defendants have no parent corporation and no publicly held corporation owns ten percent or more of any Defendant's stock.

Dated: October 3, 2011                    Respectfully,

                                                           /s/ Kate M. O'Keeffe
                                                           Kate M. O'Keeffe (BBO # 672972)
                                                           DECHERT LLP
                                                           200 Clarendon Street, 27th Floor
                                                           Boston, MA  02116-5021
                                                           Telephone:  (617) 728-7100
                                                           Facsimile:   (617) 426-6567

*Counsel for Defendants MassMutual Premier Enhanced Index Value Fund, MassMututal Premier Main Street Small Cap Fund, MassMutual Premier Small Co. Opportunities Fund, MassMutual Select Diversified Value Fund, MassMutual Select Indexed Equity Fund, MML Blend Fund, and MML Equity Income Fund*

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2011, I caused the foregoing Corporate Disclosure Statement to be electronically served via the Court's CM/ECF system upon all counsel of record.

/s/ Kate M. O'Keeffe (BBO # 672972)
kate.okeeffe@dechert.com
