UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*,<br><br>                Plaintiffs,<br>     v.<br><br>ANNE G. TAYLOR, as an Individual and as a Trustee of the TRUST U/A DTD 10-16-2000 BY WALTER K. GRAHAM FBO WALTER E. GRAHAM, *et al.*,<br><br>                Defendants. | CASE NO.  11-cv-10982-NMG |

### AMENDED NOTICE OF APPEARANCE OF JEFFREY SWOPE

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Jeffrey Swope of Edwards Wildman Palmer LLP[1] as counsel of record for Defendant Edwards Wildman Palmer LLP, as successor to Palmer & Dodge LLP.

Dated this 4th day of October 2011        EDWARDS WILDMAN PALMER LLP,

                                                 By its attorneys,

                                                 /s/ Jeffrey Swope
                                                 Jeffrey Swope (BBO #490760)
                                                 Michael T. Grant (BBO # 677893)
                                                 EDWARDS WILDMAN PALMER LLP
                                                 111 Huntington Avenue
                                                 Boston, MA  02199-7613
                                                 Tel:  617.239.0100
                                                 Fax:  617-227-4420
                                                 jswope@edwardswildman.com
                                                 mgrant@edwardswildman.com

---

[1] As of October 1, 2011, the law firm of Edwards Angell Palmer & Dodge LLP merged into the law firm of Edwards Wildman Palmer LLP.

## CERTIFICATE OF SERVICE

      I, Jeffrey Swope, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on October 4, 2011.

                                              /s/ Jeffrey Swope
                                              Jeffrey Swope