# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*,<br><br>                         Plaintiffs,<br><br>        v.<br><br>ANNE G. TAYLOR, as an Individual and as a Trustee of the TRUST U/A DTD 10-16-2000 BY WALTER K. GRAHAM FBO WALTER E. GRAHAM, *et al.*,<br><br>                         Defendants. | CASE NO.  11-cv-10982-NMG |

## AMENDED NOTICE OF APPEARANCE OF JEFFREY SWOPE

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Michael T. Grant of Edwards Wildman Palmer LLP[1] as counsel of record for Defendant Edwards Wildman Palmer LLP, as successor to Palmer & Dodge LLP.

Dated this 4th day of October 2011

EDWARDS WILDMAN PALMER LLP,

By its attorneys,

/s/ Michael T. Grant
Jeffrey Swope (BBO #490760)
Michael T. Grant (BBO # 677893)
EDWARDS WILDMAN PALMER LLP
111 Huntington Avenue
Boston, MA  02199-7613
Tel:  617.239.0100
Fax:  617-227-4420
jswope@edwardswildman.com
mgrant@edwardswildman.com

---

[1] As of October 1, 2011, the law firm of Edwards Angell Palmer & Dodge LLP merged into the law firm of Edwards Wildman Palmer LLP.

## <u>CERTIFICATE OF SERVICE</u>

I, Michael Grant, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on October 4, 2011.

/s/ Michael Grant__
Michael Grant