UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR CERTAIN SERIES OF SENIOR NOTES, LAW DEBENTURE TRUST COMPANY OF NEW YORK, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR CERTAIN SERIES OF SENIOR NOTES, AND WILMINGTON TRUST COMPANY, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR THE PHONES NOTES,<br><br>    Plaintiffs,<br><br>    v.<br><br>ANNE G. TAYLOR, AS AN INDIVIDUAL AND AS A TRUSTEE OF THE TRUST U/A DTD 10-16-2000 BY WALTER K. GRAHAM FBO WALTER E. GRAHAM, ET AL.,<br><br>    Defendants. | Case No. 1:11-CV-10982-NMG |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and L. R. 7.3(A), defendant The Peoples Bank states that it is a subsidiary of Krey Co. Ltd., a Kansas corporation, and no publicly held corporation owns 10% or more of The Peoples Bank.

|  |  |
|---|---|
|  | THE PEOPLES BANK,<br>By its attorney, |
|  | /s/ Jonah M. Fecteau<br>Eric P. Magnuson (BBO# 643805)<br>emagnuson@nutter.com<br>Jonah M. Fecteau (BBO# 673553)<br>jfecteau@nutter.com<br>Nutter McClennen & Fish LLP<br>Seaport West, 155 Seaport Blvd.<br>Boston, Massachusetts 02210<br>Telephone:  (617) 439-2000 |
| Dated:  October 7, 2011 | Facsimile:  (617) 310-9000 |

**CERTIFICATE OF SERVICE**

I certify that, on October 7, 2011, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Jonah M. Fecteau

2050245.1