UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, et al., )<br>Plaintiff ) | Civil Action No. 11-CV-10982-NMG |
| )<br>ANNE G. TAYLOR, et al., )<br>Defendant ) | |

**NOTICE OF APPEARANCE OF COUNSEL
AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., appears herein as counsel to Cambridge Appleton Trust N.A. in the above-referenced case, and requests that copies of all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the attorneys listed below:

Kevin J. Walsh, Esq.
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, Massachusetts  02111
Tel:  617-542-6000
Fax:  617-542-2241
E-mail: kwalsh@mintz.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, written or oral and whether transmitted or conveyed by mail, overnight delivery, messenger, facsimile, telephone, telegraph, electronic medium or otherwise filed or made with regard to the referenced cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive any (i) right to trial by jury in any proceeding so triable herein or in any related case, controversy or proceedings; (ii) right to contest jurisdiction or appropriate venue in this proceeding; or (iii) other rights, claims, actions, defenses, setoffs or recoupments which exist pursuant to agreement, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

DATED: October 12, 2011

Respectfully submitted,

 _/s/ *Kevin J. Walsh*_____
Kevin J. Walsh, Esq.
MINTZ, LEVIN, COHN, FERRIS,
 GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, Massachusetts  02111
Tel:  617-542-6000
Fax:  617-542-2241
E-mail: kwalsh@mintz.com

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DEUTSCHE BANK TRUST COMPANY | ) | |
| AMERICAS, et al., | ) | |
|     Plaintiff | ) | Civil Action No. 11-CV-10982-NMG |
| | ) | |
| ANNE G. TAYLOR, et al., | ) | |
|     Defendant | ) | |
| | ) | |

## **CERTIFICATE OF SERVICE**

I, Kevin J. Walsh, do hereby certify that on the 12th day of October, 2011, I caused a

copy of the within Notice of Appearance and Request for Service of Papers to be served through

the ECF system, and that copies will be sent electronically to registered participants as identified

on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-

registered participants as of the date herein.

Dated:  October 12, 2011            /s/ Kevin J. Walsh
                                     Kevin J. Walsh