# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et. al., <br><br> Plaintiffs, <br><br> vs. <br><br> TAYLOR, et al., <br><br> Defendants. | Court File No. 11-cv-10982 <br><br> **NOTICE OF LIMITED WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

TO: DEFENDANTS ABOVE-NAMED AND THEIR ATTORNEYS.

Plaintiffs Deutsche Bank Trust Company Americas, in its capacity as successor indenture trustee for a certain series of Senior Notes, Law Debenture Trust Company of New York, in its capacity as successor indenture trustee for a certain series of Senior Notes, and Wilmington Trust Company, in its capacity as successor indenture trustee for the PHONES Notes ("Plaintiffs"), hereby provide notice of a *limited* withdrawal and substitution of counsel.

Plaintiffs' current counsel of record are Daniel H. Golden, David M. Zensky, Stephen M. Baldini, Mitchell Hurley, James P. Chou, Jason L. Goldsmith, and their firm, Akin Gump Strauss Hauer & Feld LLP, and John T. Morrier, Douglas K. Mansfield, and Donna M. Brewer, and their firm Casner & Edwards, LLP. Plaintiffs have requested that Akin Gump Strauss Hauer & Feld LLP withdraw from their representation of Plaintiffs *as to Plaintiffs' claims against Defendants EMPLOYERS' FIRE INSURANCE COMPANY; THE BANK OF NEW YORK MELLON, AS TRUSTEE OF THE BANK OF NEW YORK MELLON DECOMMISSIONING COLLECTIVE TRUST INVESTMENT PLAN – DT BROAD MARKET STOCK INDEX FUND; ONEBEACON AMERICA INSURANCE CO.; ONEBEACON INSURANCE CO.;*

*JOHN DOE, AS ADMINISTRATOR OF ONEBEACON INSURANCE PENSION PLAN; ONEBEACON INSURANCE PENSION PLAN; JOHN DOE, AS ADMINISTRATOR OF ONEBEACON INSURANCE SAVINGS PLAN; ONEBEACON INSURANCE SAVINGS PLAN; JOHN DOE, AS ADMINISTRATOR OF ONEBEACON INSURANCE SAVINGS PLAN – EQUITY 401K; ONEBEACON INSURANCE SAVINGS PLAN – EQUITY 401K; JOHN DOE, AS ADMINISTRATOR OF ONEBEACON INSURANCE SAVINGS PLAN – FULLY MANAGED;and ONEBEACON INSURANCE SAVINGS PLAN – FULLY MANAGED.* Casner & Edwards, LLP remains counsel of record for all Defendants named in this action.

Plaintiffs have retained and hereby substitute Robert J. Lack, Amy C. Brown and Hal Neier, and their law firm, Friedman Kaplan Seiler & Adelman LLP\*, as counsel for Plaintiffs *as to Plaintiffs' claims against Defendants EMPLOYERS' FIRE INSURANCE COMPANY; THE BANK OF NEW YORK MELLON, AS TRUSTEE OF THE BANK OF NEW YORK MELLON DECOMMISSIONING COLLECTIVE TRUST INVESTMENT PLAN – DT BROAD MARKET STOCK INDEX FUND; ONEBEACON AMERICA INSURANCE CO.; ONEBEACON INSURANCE CO.; JOHN DOE, AS ADMINISTRATOR OF ONEBEACON INSURANCE PENSION PLAN; ONEBEACON INSURANCE PENSION PLAN; JOHN DOE, AS ADMINISTRATOR OF ONEBEACON INSURANCE SAVINGS PLAN; ONEBEACON INSURANCE SAVINGS PLAN; JOHN DOE, AS ADMINISTRATOR OF ONEBEACON INSURANCE SAVINGS PLAN – EQUITY 401K; ONEBEACON INSURANCE SAVINGS PLAN – EQUITY 401K; JOHN DOE, AS ADMINISTRATOR OF ONEBEACON INSURANCE SAVINGS PLAN – FULLY MANAGED;and ONEBEACON*

---

\* Substitute Counsel, Friedman Kaplan Seiler & Adelman, LLP's motion for admission to this court *pro hac vice* to follow.

*INSURANCE SAVINGS PLAN – FULLY MANAGED*, and this Notice serves as substituted counsel's notice of appearance. The limited substitution of counsel will not delay the trial or other progress of the case.

| | |
|---|---|
| Dated this 13th day of October, 2011. | /s/ John T. Morrier<br>John T. Morrier (BBO # 628624 )<br>Douglas K. Mansfield (BBO# 318320)<br>Donna M. Brewer (BBO# 545254)<br>CASNER & EDWARDS, LLP<br>303 Congress Street, 2nd Floor<br>Boston, Massachusetts 02210<br>Telephone: (617) 426-5900<br>Facsimile: (617) 426-8810<br>mansfield@casneredwards.com<br>morrier@casneredwards.com<br>brewer@casneredwards.com |

| | |
|---|---|
| **AKIN GUMP STRAUSS HAUER & FELD LLP** | **FRIEDMAN KAPLAN SEILER & ADELMAN LLP** |
| Daniel H. Golden (#1133859)<br>David M. Zensky (#2176691)<br>Stephen M. Baldini (#2428381)<br>Mitchell Hurley (#2851640)<br>James P. Chou (#2845303)<br>Jason L. Goldsmith (#4547659)<br>One Bryant Park<br>New York, NY 10036-6745<br>(212) 872-1000 (Tel.)<br>(212) 407-3298 (Fax) | Robert J. Lack (#1779347)<br>Hal Neier (#2123917)<br>Amy C. Brown (#3050747)<br>Ricardo Solano, Jr.,<br>7 Times Square<br>New York, New York 10036-6516<br>(212) 833-1100 (Tel.)<br>(212) 833-1250 (Fax) |
| *Counsel for Plaintiffs as to all Plaintiffs' claims EXCEPT for claims against Defendants EMPLOYERS' FIRE INSURANCE COMPANY; THE BANK OF NEW YORK MELLON, AS TRUSTEE OF THE BANK OF NEW YORK MELLON DECOMMISSIONING COLLECTIVE TRUST INVESTMENT PLAN – DT BROAD MARKET STOCK INDEX FUND; ONEBEACON AMERICA INSURANCE CO.; ONEBEACON INSURANCE CO.; JOHN DOE, AS ADMINISTRATOR OF ONEBEACON INSURANCE PENSION PLAN; ONEBEACON INSURANCE PENSION PLAN; JOHN DOE, AS ADMINISTRATOR OF ONEBEACON INSURANCE SAVIGGS PLAN; ONEBEACON INSURANCE SAVINGS PLAN; JOHN DOE, AS ADMINISTRATOR OF ONEBEACON INSURANCE SAVINGS PLAN – EQUITY 401K; ONEBEACON INSURANCE SAVINGS PLAN – EQUITY 401K; JOHN DOE, AS ADMINISTRATOR OF ONEBEACON INSURANCE SAVINGS PLAN – FULLY MANAGED; and ONEBEACON INSURANCE SAVINGS PLAN – FULLY MANAGED.* | *Counsel for Plaintiffs ONLY as to Plaintiffs' claims against Defendants EMPLOYERS' FIRE INSURANCE COMPANY; THE BANK OF NEW YORK MELLON, AS TRUSTEE OF THE BANK OF NEW YORK MELLON DECOMMISSIONING COLLECTIVE TRUST INVESTMENT PLAN – DT BROAD MARKET STOCK INDEX FUND; ONEBEACON AMERICA INSURANCE CO.; ONEBEACON INSURANCE CO.; JOHN DOE, AS ADMINISTRATOR OF ONEBEACON INSURANCE PENSION PLAN; ONEBEACON INSURANCE PENSION PLAN; JOHN DOE, AS ADMINISTRATOR OF ONEBEACON INSURANCE SAVINGS PLAN; ONEBEACON INSURANCE SAVINGS PLAN; JOHN DOE, AS ADMINISTRATOR OF ONEBEACON INSURANCE SAVINGS PLAN – EQUITY 401K; ONEBEACON INSURANCE SAVINGS PLAN – EQUITY 401K; JOHN DOE, AS ADMINISTRATOR OF ONEBEACON INSURANCE SAVINGS PLAN – FULLY MANAGED; and ONEBEACON INSURANCE SAVINGS PLAN – FULLY MANAGED.* |

## CERTIFICATE OF SERVICE

      I, John T. Morrier, Esq., certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on October 13, 2011.

                                        /s/ John T. Morrier
                                        John T. Morrier

56916.0/517096.1