UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes; LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes; and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for the PHONES Notes,<br><br>                     Plaintiffs,<br><br>vs.<br><br>ANNE G. TAYLOR as an Individual and as a Trustee of the TRUST U/A DTD 10-16-2000 BY WALTER K. GRAHAM FBO WALTER E. GRAHAM, *et al.,*<br><br>                     Defendants. | ECF CASE<br><br><br><br><br><br>Civil Action No.<br>1:11-CV-10982-NMG |

NOTICE OF APPEARANCE

Please enter my appearance as counsel for defendant Marshfield Clinic Master Trust.

This appearance is intended to accompany my motion, submitted herewith, for admission Pro Hac Vice for Vincent R. Cappucci.

Dated: October 17, 2011

                                                   By:   /s/ David J. Fine
                                                           David J. Fine, BBO No. 165120
                                                           The Law Offices of David J. Fine
                                                           One State Street, Suite 1500
                                                           Boston, MA 02109
                                                           Telephone:  (617) 720-2942
                                                           Facsimile:  (617) 933-9479
                                                           Email:  dvdfine@aol.com

                                                           Attorney for Marshfield Clinic Master Trust

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 17, 2011.

      By:  /s/ David J. Fine
                David J. Fine