IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, *in its capacity as successor indenture trustee for certain series of Senior Notes,* LAW DEBENTURE TRUST COMPANY OF NEW YORK, *in its capacity as successor indenture trustee for certain series of Senior Notes, and* WILMINGTON TRUST COMPANY, *in its capacity as successor indenture trustee for the* PHONES *Notes*, <br><br>                            Plaintiffs, <br><br>      - against - <br><br> ANNE G. TAYLOR as an Individual and as a Trustee of the TRUST U/A DTD 10-16-2000 BY WALTER K. GRAHAM FBO WALTER E. GRAHAM; BERNARD E. & EDITH B. WATERMAN CHARITABLE FOUNDATION; BEVERLY MACKINTOSH as an Individual and as a Trustee of the Trust U/A DTD 8-22-1989 BY MARY CONIGLIO; BEVERLY MACKINTOSH as an Individual and as a Trustee of the Trust U/A DTD 8-22-1989 BY MARY CONIGLIO GSTT TE TRUST; BOSTON TRUST & INVESTMENT MANAGEMENT COMPANY; CAMBRIDGE APPLETON TRUST CO.; FIFTH THIRD BANK; COLLEGES OF APPLIED ARTS AND TECHNOLOGY PENSION PLAN; COMMERCIAL BANKING CLIENT RANG; CONNELL FAMILY PARTNERSHIP TRUST; FRANCIS L. COOLIDGE; DT BROAD MARKET STOCK INDEX FUND; EDWIN J. HAYES as an Individual and as a Trustee of the TRUST U/A DTD 5-26-2006 BY EDWIN J. HAYES JR.; EMPLOYERS' FIRE INSURANCE COMPANY; EQUISERVE EXCHANGE AGENT OVERAGE; FIDUCIARY SSB; FIDUCIARY TRUST CO.; GBL ALPHA EDGE COMMON TRST FD & TRUST COMPANY; FREDERICK GOLDSTEIN; ANNE-MARIE S. GREENBERG; HARVARD UNIVERSITY; I.B.E.W. 103; IBEW LOCAL 103 PENSION PLAN; INVESTORS BANK AND TRUST INSTITUTIONAL COMPANY; INVESTORS BANK & TRUST; GEORGE E. KEELER; LOOMIS SAYLES CREDIT ALPHA FUND; LPL FINANCIAL; MANAGED PENSION FUNDS LIMITED (MFS FUNDS (UK)); MANULIFE INVST EX FDS CORP.-MIX; MANULIFE U.S. EQUITY FUND; MARGARET R. CONIGLIO as an Individual and as a | 1:11-cv-10982-NMG |

Trustee of the TRUST U/A/ DTD 8-22-1989
BY MARGARET R. CONIGLIO TRUST;
MARSHFIELD CLINIC MASTER TRUST;
MASSMUTUAL PREMIER ENHANCED INDEX
VALUE FUND; MASSMUTUAL PREMIER MAIN
STREET SMALL CAP FUND; MASSMUTUAL
PREMIER SMALL COMPANY OPPORTUNITIES
FUND; MASSMUTUAL SELECT DIVERSIFIED
VALUE FUND; MASSMUTUAL SELECT
INDEXED EQUITY FUND; MILL SHARES
HOLDINGS (BERMUDA) LTD.; MML BLEND
FUND; MML EQUITY INCOME FUND;
NORTHERN ASSURANCE CO. OF AMERICA;
ONEBEACON AMERICA INSURANCE CO.;
ONEBEACON INSURANCE CO.; ONEBEACON
INSURANCE PENSION PLAN; ONEBEACON
INSURANCE SAVINGS PLAN; ONEBEACON
INSURANCE SAVINGS PLAN-EQUITY 401K;
ONEBEACON INSURANCE SAVINGS PLAN-
FULLY MANAGED; ONTARIO PENSION
BOARD; PALMER & DODGE; PENNSYLVANIA
GENERAL INSURANCE CO.; PENSION
RESERVES INVESTMENT TRUST FUND;
PUTNAM S&P 500 FUND; PUTNAM S&P 500
INDEX FUND; PUTNAM FIDUCIARY TRUST
COMPANY, TRUSTEE; RE STATE ST. BANK &
TRUST CO.; GBL ALPHA EDGE COMMON
TRUST FD; REED US RETIREMENT PLAN;
RHUMBLINE S.A. FREE S&P INDEX;
DOROTHY RUSSELL SHATTUCK; SSBT
OMNIBUS ACCOUNT; SSB-TRUST CUSTODY;
STATE STREET BANK & TRUST; STATE
STREET AMR; STATE STREET BANK & TRUST
CO. AS SUCCESSOR TO INVESTORS BANK
TRUST COMPANY; STATE STREET BANK &
TRUST CO. AS SUCCESSOR TO INVESTORS
BANK TRUST COMPANY/INSTITUTIONAL
CUSTODY; STATE STREET BANK & TRUST
CO./IBT-ACCOUNT #2; STATE STREET BANK
& TRUST COMPANY; STATE STEET TRUST
AND BANKING; TRUST U/A A. JOHNSON FBO
C. BOYNTON; TRUSTEES OF BOSTON
COLLEGE; UD VIRGINIA S. RISLEY JT
RISLEY; JOHN T. RISLEY; UD VS RISLEY CJ
DE SIEYES ET AL; DR. CHARLES J. DE SIEYES;
UD VS RISLEY DC DE SIEYES ET AL; DAVID
C. DE SIEYES; VIKRAM PARVATANENI; and
BERNARD E. WATERMAN AND EDITH B.
WATERMAN, JTWROS; and EMPLOYERS'
FIRE INSURANCE COMPANY; GEORGE E.
KEELER; EDWIN J. HAYES, JR.; FREDRICK
GOLDSTEIN; WALTER K. TAYLOR; MATSCO
INCORPORATED; THE PEOPLES BANK;
REPUBLIC BANK AND TRUST CO.; KAREN

RAPKIN; MARCIA TINGLEY; ALOYSIUS J.
FRANZ; and RICHARD PANIAGUA, on behalf
of themselves and a class of similarly
situated persons and entities,

                           Defendants.

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that David B. Mack of O'Connor Carnathan and Mack LLC hereby appears as counsel of record for Defendants State Street Bank and Trust Company and State Street Trust and Banking Company, Limited, and requests that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

    O'CONNOR CARNATHAN AND MACK LLC
    Landmark One, Suite 104
    1 Van de Graaf Drive
    Burlington, MA 01803
    Telephone: (781) 359-9005
    Facsimile: (781) 359-9001
    Attn: David B. Mack, dmack@ocmlaw.net

    MILBANK, TWEED, HADLEY & McCLOY LLP
    1 Chase Manhattan Plaza, 46th Floor
    New York, New York 10005
    Telephone: (212) 530-5285
    Facsimile: (212) 822-5285
    Attn:  Alan J. Stone, Esq., astone@milbank.com

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, or claim waives any defense or objection, including but not limited to lack of jurisdiction and/or improper process and/or service of process.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to any other rights, claims, actions, defenses, setoffs or recoupments under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments against any entity either in this case or in any other action, are expressly reserved.

STATE STREET BANK AND TRUST
COMPANY AND STATE STREET TRUST AND
BANKING COMPANY, LIMITED,

By their attorneys,

Dated: October 18, 2011

/s/ David B. Mack
David B. Mack (BBO# 631108)
dmack@ocmlaw.net
O'CONNOR CARNATHAN AND MACK LLC
Landmark One, Suite 104
1 Van de Graaf Drive
Burlington, MA 01803
Telephone: (781) 359-9005
Facsimile: (781) 359-9001


MILBANK, TWEED, HADLEY & McCLOY LLP

By: /s/ Alan J. Stone
Alan J. Stone
1 Chase Manhattan Plaza
New York, NY 10005-1413
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
AStone@milbank.com

*Co-Counsel for Defendants State Street Bank and Trust Company and State Street Trust and Banking Company, Limited*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of October, 2011, this document was filed through the Court's CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

/s/ David B. Mack