# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, *in its capacity as successor indenture trustee for certain series of Senior Notes*, LAW DEBENTURE TRUST COMPANY OF NEW YORK, *in its capacity as successor indenture trustee for certain series of Senior Notes*, and WILMINGTON TRUST COMPANY, *in its capacity as successor indenture trustee for the PHONES Notes*, <br><br> Plaintiffs, <br><br> - against - <br><br> ANNE G. TAYLOR as an Individual and as a Trustee of the TRUST U/A DTD 10-16-2000 BY WALTER K. GRAHAM FBO WALTER E. GRAHAM; BERNARD E. & EDITH B. WATERMAN CHARITABLE FOUNDATION; BEVERLY MACKINTOSH as an Individual and as a Trustee of the Trust U/A DTD 8-22-1989 BY MARY CONIGLIO; BEVERLY MACKINTOSH as an Individual and as a Trustee of the Trust U/A DTD 8-22-1989 BY MARY CONIGLIO GSTT TE TRUST; BOSTON TRUST & INVESTMENT MANAGEMENT COMPANY; CAMBRIDGE APPLETON TRUST CO.; FIFTH THIRD BANK; COLLEGES OF APPLIED ARTS AND TECHNOLOGY PENSION PLAN; COMMERCIAL BANKING CLIENT RANG; CONNELL FAMILY PARTNERSHIP TRUST; FRANCIS L. COOLIDGE; DT BROAD MARKET STOCK INDEX FUND; EDWIN J. HAYES as an Individual and as a Trustee of the TRUST U/A DTD 5-26-2006 BY EDWIN J. HAYES JR.; EMPLOYERS' FIRE INSURANCE COMPANY; EQUISERVE EXCHANGE AGENT OVERAGE; FIDUCIARY SSB; FIDUCIARY TRUST CO.; GBL ALPHA EDGE COMMON TRST FD & TRUST COMPANY; FREDERICK GOLDSTEIN; ANNE-MARIE S. GREENBERG; HARVARD UNIVERSITY; I.B.E.W. 103; IBEW LOCAL 103 PENSION PLAN; INVESTORS BANK AND TRUST INSTITUTIONAL COMPANY; INVESTORS BANK & TRUST; GEORGE E. KEELER; LOOMIS SAYLES CREDIT ALPHA FUND; LPL FINANCIAL; MANAGED PENSION FUNDS LIMITED (MFS FUNDS (UK)); MANULIFE INVST EX FDS CORP.-MIX; MANULIFE U.S. EQUITY FUND; MARGARET R. CONIGLIO as an Individual and as a | 1:11-cv-10982-NMG |

Trustee of the TRUST U/A/ DTD 8-22-1989 BY MARGARET R. CONIGLIO TRUST; MARSHFIELD CLINIC MASTER TRUST; MASSMUTUAL PREMIER ENHANCED INDEX VALUE FUND; MASSMUTUAL PREMIER MAIN STREET SMALL CAP FUND; MASSMUTUAL PREMIER SMALL COMPANY OPPORTUNITIES FUND; MASSMUTUAL SELECT DIVERSIFIED VALUE FUND; MASSMUTUAL SELECT INDEXED EQUITY FUND; MILL SHARES HOLDINGS (BERMUDA) LTD.; MML BLEND FUND; MML EQUITY INCOME FUND; NORTHERN ASSURANCE CO. OF AMERICA; ONEBEACON AMERICA INSURANCE CO.; ONEBEACON INSURANCE CO.; ONEBEACON INSURANCE PENSION PLAN; ONEBEACON INSURANCE SAVINGS PLAN; ONEBEACON INSURANCE SAVINGS PLAN-EQUITY 401K; ONEBEACON INSURANCE SAVINGS PLAN-FULLY MANAGED; ONTARIO PENSION BOARD; PALMER & DODGE; PENNSYLVANIA GENERAL INSURANCE CO.; PENSION RESERVES INVESTMENT TRUST FUND; PUTNAM S&P 500 FUND; PUTNAM S&P 500 INDEX FUND; PUTNAM FIDUCIARY TRUST COMPANY, TRUSTEE; RE STATE ST. BANK & TRUST CO.; GBL ALPHA EDGE COMMON TRUST FD; REED US RETIREMENT PLAN; RHUMBLINE S.A. FREE S&P INDEX; DOROTHY RUSSELL SHATTUCK; SSBT OMNIBUS ACCOUNT; SSB-TRUST CUSTODY; STATE STREET BANK & TRUST; STATE STREET AMR; STATE STREET BANK & TRUST CO. AS SUCCESSOR TO INVESTORS BANK TRUST COMPANY; STATE STREET BANK & TRUST CO. AS SUCCESSOR TO INVESTORS BANK TRUST COMPANY/INSTITUTIONAL CUSTODY; STATE STREET BANK & TRUST CO./IBT-ACCOUNT #2; STATE STREET BANK & TRUST COMPANY; STATE STEET TRUST AND BANKING; TRUST U/A A. JOHNSON FBO C. BOYNTON; TRUSTEES OF BOSTON COLLEGE; UD VIRGINIA S. RISLEY JT RISLEY; JOHN T. RISLEY; UD VS RISLEY CJ DE SIEYES ET AL; DR. CHARLES J. DE SIEYES; UD VS RISLEY DC DE SIEYES ET AL; DAVID C. DE SIEYES; VIKRAM PARVATANENI; and BERNARD E. WATERMAN AND EDITH B. WATERMAN, JTWROS; and EMPLOYERS' FIRE INSURANCE COMPANY; GEORGE E. KEELER; EDWIN J. HAYES, JR.; FREDRICK GOLDSTEIN; WALTER K. TAYLOR; MATSCO INCORPORATED; THE PEOPLES BANK; REPUBLIC BANK AND TRUST CO.; KAREN

RAPKIN; MARCIA TINGLEY; ALOYSIUS J. FRANZ; and RICHARD PANIAGUA, on behalf of themselves and a class of similarly situated persons and entities,

Defendants.

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS STATE STREET BANK AND TRUST COMPANY AND STATE STREET TRUST AND BANKING COMPANY, LIMITED

Pursuant to Local Rule 7.3, State Street Bank and Trust Company states that it is a wholly-owned subsidiary of State Street Corporation (ticker symbol is STT on the NYSE). State Street Corporation owns 100% of State Street Bank and Trust Company's stock. Defendant State Street Trust and Banking Company, Limited, is an indirect wholly owned subsidiary of State Street Bank and Trust Company. No publicly owned company owns any stock in State Street Trust and Banking Company, Limited.

STATE STREET BANK AND TRUST COMPANY AND STATE STREET TRUST AND BANKING COMPANY, LIMITED,

By their attorneys,

/s/ David B. Mack
David B. Mack (BBO# 631108)
dmack@ocmlaw.net
O'CONNOR CARNATHAN AND MACK LLC
Landmark One, Suite 104
1 Van de Graaf Drive
Burlington, MA 01803
Telephone: (781) 359-9005
Dated: October 18, 2011          Facsimile: (781) 359-9001

MILBANK, TWEED, HADLEY & McCLOY LLP

By: /s/ Alan J. Stone
Alan J. Stone
1 Chase Manhattan Plaza
New York, NY  10005-1413
Telephone:  (212) 530 -5000
Facsimile:   (212) 530-5219
AStone@milbank.com

*Co-Counsel for Defendants State Street Bank and Trust Company and State Street Trust and Banking Company, Limited*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of October, 2011, this document was filed through the Court's CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

/s/ David B. Mack