IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for the PHONES Notes,

Plaintiffs,

v.

ANNE G. TAYLOR as an Individual and as a Trustee of the TRUST U/A DTD 10-16-2000 BY WALTER K. GRAHAM FBO WALTER E. GRAHAM, et al.,

Defendants.

Civil Action No.
1:11-CV-10982-NMG

CERTIFICATION PURSUANT TO L.R. 7.1 And 15.1

Pursuant to Local Rule 7.1 and 15.1, the undersigned certifies that the Plaintiffs' Motion For (I) Leave To File The Second Amended Complaint And (II) An Order Clarifying Or Modifying The Court's <u>Prior Sealing Order</u> has been served via first class mail, as required by L.R. 15.1 and as allowed by Rule 5(b) of the Federal Rules of Civil Procedure, on each proposed new party on September 28, 2011, with the exception of the following new parties:

> Charles Joseph De Sieyes, as Trustee of the Trust Under an Agreement Dated December 13, 1976 Between Virginia S. Risley, as Settlor, and William H. Risley, Charles Joseph De Sieyes and United States Trust Company of New York, as Trustees;

> Fiduciary Trust Company International;

> John Doe, as Owner of State Street Bank & Trust Co./IBT-Account # 2;

> Reed Elsevier;

State Street Bank & Trust Co., as Owner of IBT-Account # 2;
United States Trust Company of New York;

William H. Risley, as Trustee of the Trust Under an Agreement Dated December 13, 1976 Between Virginia S. Risley, as Settlor, and William H. Risley, Charles Joseph De Sieyes and United States Trust Company of New York, as Trustees;

William H. Risley, as Trustee of the Trust Under an Agreement Dated December 13, 1976 Between Virginia S. Risley, as Settlor, and William H. Risley, David C. De Sieyes, and United States Trust Company of New York, as Trustees; and

William H. Risley, as Trustee of the Trust Under an Agreement Dated December 19, 1977 Between Virginia S. Risley, as Settlor, and William H. Risley and United States Trust Company of New York, as Trustees.

With respect to the above listed parties, Plaintiffs certify that they attempted service of the aforementioned documents using the most updated address information available at that time for each party. Plaintiffs further certify that they will continue to search for accurate addresses for these parties in order to effectuate proper service in the future.

>Respectfully submitted,
>PLAINTIFFS,
>DEUTSCHE BANK TRUST COMPANY AMERICAS,
>LAW DEBENTURE TRUST COMPANY OF NEW YORK,
>WILMINGTON TRUST COMPANY,
>By their attorneys,
>
>/s/ John T. Morrier
>John T. Morrier (BBO # 628624 )
>Douglas K. Mansfield (BBO# 318320)
>Donna M. Brewer (BBO# 545254)
>CASNER & EDWARDS, LLP
>303 Congress Street, 2nd Floor
>Boston, Massachusetts 02210
>Telephone:   (617) 426-5900
>Facsimile:   (617) 426-8810
>mansfield@casneredwards.com
>morrier@casneredwards.com
>brewer@casneredwards.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for the PHONES Notes,

Plaintiffs,

v.

ANNE G. TAYLOR as an Individual and as a Trustee of the TRUST U/A DTD 10-16-2000 BY WALTER K. GRAHAM FBO WALTER E. GRAHAM, et al.,

Defendants.

Civil Action No.
1:11-CV-10982-NMG

## CERTIFICATE OF SERVICE

I, John T. Morrier, Esq., certify that the following documents, filed through the ECF system were served (1) electronically to the registered participants as identified on the Notice of Electronic Filing and (2) to all other, non-registered parties via first class mail, on October 13, 2011:

1. Plaintiffs' Motion for (I) Leave to File the Second Amended Complaint and (II) An Order Clarifying or Modifying the Court's Prior Sealing Order;

2. Memorandum in Support of Plaintiffs' Motion for (I) Leave to File the Second Amended Complaint and (II) An Order Clarifying or Modifying the Court's Prior Sealing Order;

3. Certification Pursuant to L.R. 7.1 and 15.1;

4. Proposed Order;

5. Proposed Second Amended Complaint; and

6. Redacted Exhibit A to the Proposed Second Amended Complaint.

/s/ John T. Morrier
John T. Morrier