IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for the PHONES Notes,<br><br>Plaintiffs,<br><br>v.<br><br>ANNE G. TAYLOR as an Individual and as a Trustee of the TRUST U/A DTD 10-16-2000 BY WALTER K. GRAHAM FBO WALTER E. GRAHAM, et al.,<br><br>Defendants. | Civil Action No.<br>1:11-CV-10982-NMG |

**PROPOSED ORDER**

The Court, having reviewed the Parties' submissions concerning Plaintiffs' Motion to (i) File the Second Amended Complaint, and (ii) File the Amended Exhibit A Under Seal, and good cause appearing for the relief requested by Plaintiffs, HEREBY ORDERS THAT:

(i) Plaintiffs' Motion to File the Second the Amended Complaint (the "Motion") is GRANTED and Plaintiffs' SECOND AMENDED COMPLAINT is the operative pleading as to all defendants in the above-captioned case and is deemed filed as of the date of the Motion, and

(ii) The Court's Electronic Order Granting Motion for Leave to File Document Under Seal dated June 15, 2011 is hereby clarified or modified to permit Plaintiffs to file under seal in future filings, including Exhibit A to the Second Amended

Complaint, information regarding payments made to defendants in connection with Tribune Company's 2007 leveraged buyout, or that could establish a link between a defendant who produced information to the Official Committee of Unsecured Creditors of Tribune Company and a defendant, and to serve individual defendants with redacted versions of such filings that disclose information relating only to the specific defendants served.

IT IS SO ORDERED

Dated: _____      _____
                                                                United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for the PHONES Notes,<br><br>Plaintiffs,<br><br>v.<br><br>ANNE G. TAYLOR as an Individual and as a Trustee of the TRUST U/A DTD 10-16-2000 BY WALTER K. GRAHAM FBO WALTER E. GRAHAM, et al.,<br><br>Defendants. | Civil Action No.<br>1:11-CV-10982-NMG |

## CERTIFICATE OF SERVICE

I, John T. Morrier, Esq., certify that the following documents, filed through the ECF system were served (1) electronically to the registered participants as identified on the Notice of Electronic Filing and (2) to all other, non-registered parties via first class mail, on October 13, 2011:

    1.    Plaintiffs' Motion for (I) Leave to File the Second Amended Complaint and (II) An Order Clarifying or Modifying the Court's Prior Sealing Order;

    2.    Memorandum in Support of Plaintiffs' Motion for (I) Leave to File the Second Amended Complaint and (II) An Order Clarifying or Modifying the Court's Prior Sealing Order;

    3.    Certification Pursuant to L.R. 7.1 and 15.1;

    4.    Proposed Order;

    5.    Proposed Second Amended Complaint; and

6. Redacted Exhibit A to the Proposed Second Amended Complaint.

/s/ John T. Morrier
John T. Morrier