# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------- X

DEUTSCHE BANK TRUST COMPANY, AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al*

              Plaintiffs,

vs.

ANNE G. TAYLOR, as an Individual and as a Trustee of the TRUST U/A DTD 10-16-2000 BY WALTER K. GRAHAM FBO WALTER E. GRAHAM, *et al*.

              Defendants.

---------------------------------------------------------------- X

Case No. 11-cv-10982 (NMG)

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    Pursuant to Local Rule 83.5.2(a), please enter the appearance of Scott Harshbarger of Proskauer Rose LLP as counsel of record for Defendant DT Broad Market Stock Index Fund.

Dated: October 20, 2011　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　PROSKAUER ROSE LLP

　　　　　　　　　　　　　　　　　　　By:  /s/  Scott Harshbarger
　　　　　　　　　　　　　　　　　　　Scott Harshbarger (BBO#224000)
　　　　　　　　　　　　　　　　　　　One International Place
　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　(617) 526-9600
　　　　　　　　　　　　　　　　　　　Fax: (617) 526-9899
　　　　　　　　　　　　　　　　　　　sharshbarger@proskauer.com
　　　　　　　　　　　　　　　　　　　*Counsel for Defendant DT Broad Market Stock Index Fund*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that this document was filed through the ECF system on October 20, 2011, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                   _/s/ Scott Harshbarger_
                                                   Scott Harshbarger