**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

---------------------------------------------------------------- X
DEUTSCHE BANK TRUST COMPANY,
AMERICAS, in its capacity as successor indenture
trustee for certain series of Senior Notes, *et al*

                Plaintiffs,

    vs.

ANNE G. TAYLOR, as an Individual and as a
Trustee of the TRUST U/A DTD 10-16-2000 BY
WALTER K. GRAHAM FBO WALTER E.
GRAHAM, *et al*.

                Defendants.
---------------------------------------------------------------- X

Case No. 11-cv-10982 (NMG)

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT DT BROAD MARKET STOCK INDEX FUND

Pursuant to Local Rule 7.3, Defendant DT Broad Market Stock Index Fund states that it has no corporate parent and no publicly-owned company owns ten percent or more of its stock.

Dated: October 20, 2011                Respectfully Submitted,

                                                PROSKAUER ROSE LLP

                                                By:  /s/  Scott Harshbarger
                                                Scott Harshbarger (BBO#224000)
                                                One International Place
                                                Boston, MA 02110
                                                (617) 526-9600
                                                Fax: (617) 526-9899
                                                sharshbarger@proskauer.com

                                                -and-

                                                Stephen L. Ratner
                                                Harry Frischer
                                                David S. Mordkoff
                                                Eleven Times Square
                                                New York, NY 10036

        (212) 969-3000
        Fax: (212) 969-2900
        sratner@proskauer.com
        hfrischer@proskauer.com
        dmordkoff@proskauer.com
        *Counsel for Defendant DT Broad Market Stock Index Fund*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed through the ECF system on October 20, 2011, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

        */s/ Scott Harshbarger*
        Scott Harshbarger