UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et al.,<br>         Plaintiff,<br><br>vs.<br><br>ANNE G. TAYLOR as an Individual and as a Trustee of the TRUST U/A DTD 10-16-2000 BY WALTER K. GRAHAM FBO WALTER E. GRAHAM, et al.<br>         Defendants. | C.A. No. 11-cv-10982-NMG |

## **NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of Peter G. Hermes as counsel for the following defendants in the above-referenced matter:

1. Beverly Mackintosh, as Trustee of the Trust U/A DTD 8/22/1989 by Mary Coniglio GSTT TE Trust;

2. The Trust U/A DTD 8/22/1989 by Mary Coniglio GSTT TE Trust;

3. Beverly Mackintosh, as Trustee of the Trust U/A DTD 8/22/1989 by Mary Coniglio; and

4. The Trust U/A DTD 8/22/1989 by Mary Coniglio.

*/s/ Peter G. Hermes*
Peter G. Hermes, BBO #231804
phermes@hermesnetburn.com
HERMES, NETBURN, O'CONNOR
       & SPEARING, P.C.
265 Franklin Street, Seventh Floor
Boston, MA  02110-3113
(617) 728-0050

Dated:  October 20, 2011

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 20, 2011.

                                        /s/ *Peter G. Hermes*
                                        Peter G. Hermes