UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes; LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes; and Wilmington TRUST COMPANY, in its capacity as successor indenture trustee for the PHONES Notes,<br><br>                      Plaintiffs,<br><br>vs.<br><br>ANNE G. TAYLOR as an Individual and as a Trustee of the TRUST U/A DTD 10-16-2000 BY WALTER K. GRAHAM FBO WALTER E. GRAHAM, *et al.*,<br><br>                      Defendants. | **EFC CASE**<br><br>Civil Action No:<br>1:11-CV-10982-NMG |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for defendants, I.B.E.W. 103 and IBEW LOCAL 103 PENSION PLAN. This appearance is intended to accompany my motion, submitted herewith, for admission *Pro Hac Vice* for John K. Sherwood.

Dated: October 21, 2011      By:    /s/ Garrett J. Bradley
                                                              Garret J. Bradley, BBO#629240
                                                              Thornton & Naumes, LLP
                                                              100 Summer Street, 30th Floor
                                                              Boston, MA 02110
                                                               Telephone: (617) 720-1333
                                                               Facsimile: (617) 720-2445
                                                               gbradley@tenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 21, 2011.

/s/ Garrett J. Bradley