IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, et al.,<br><br>                          Plaintiffs,<br><br>- against -<br><br>ANNE G. TAYLOR, et al.,<br><br>                          Defendants. | 11 Civ. 10982 |

## STIPULATION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned that:

1. The deadline for Defendants State Street Bank and Trust Company and State Street Trust and Banking Company, Limited, to answer or otherwise respond to the Complaint shall be extended to December 1, 2011, to allow time for the Court to decide Plaintiffs' pending motion to stay this matter until further Court order (Docket No. 118); and

2. Electronically transmitted or facsimile signatures on this stipulation shall be deemed as originals for all purposes.

Dated: October 31, 2011

CASNER & EDWARDS, LLP

By: /s/ John T. Morrier
    John T. Morrier (BBO # 628624 )
    Douglas K. Mansfield (BBO# 318320)
    Donna M. Brewer (BBO# 545254)
    303 Congress Street, 2nd Floor
    Boston, Massachusetts 02210
    Telephone: (617) 426-5900
    Facsimile: (617) 426-8810
    morrier@casneredwards.com
    mansfield@casneredwards.com
    brewer@casneredwards.com

AKIN GUMP STRAUSS HAUER &
FELD LLP

Daniel H. Golden (#1133859)
David M. Zensky (#2176691)
Stephen M. Baldini (#2428381)
Mitchell Hurley (#2851640)

O'CONNOR CARNATHAN AND MACK LLC

By: /s/ David B. Mack
    David B. Mack (BBO#631108)
    Landmark One
    1 Van de Graaf Drive, Suite 104
    Burlington, MA 01803
    Telephone: (781) 359-9005
    Facsimile: (781) 359-9001
    dmack@ocmlaw.net

MILBANK, TWEED, HADLEY & McCLOY LLP

By: /s/ Alan J. Stone
    Alan J. Stone
    1 Chase Manhattan Plaza
    New York, NY 10005-1413
    Telephone: (212) 530-5000
    Facsimile: (212) 530-5219
    AStone@milbank.com

1

James P. Chou (#2845303)  
Jason L. Goldsmith (#4547659)  
One Bryant Park  
New York, NY 10036-6745  
(212) 872-1000 (Tel.)  
(212) 407-3298 (Fax)  

*Counsel for Plaintiffs*

*Counsel for Defendants State Street Bank and Trust Company and State Street Trust and Banking Company, Limited*

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of October, 2011, this document was filed through the Court's CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

/s/ David B. Mack