UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et al., <br>　　　　Plaintiff, <br><br>vs. <br><br>ANNE G. TAYLOR as an Individual and as a Trustee of the TRUST U/A DTD 10-16-2000 BY WALTER K. GRAHAM FBO WALTER E. GRAHAM, et al. <br>　　　　Defendants. | C.A. No. 11-cv-10982-NMG |

**ANSWER OF DEFENDANT, BEVERLY MACKINTOSH, INDIVIDUALLY
AND AS TRUSTEE OF THE TRUST U/A DTD 8/22/1989 BY
MARY CONIGLIO GSTT TE TRUST, THE TRUST U/A DTD 8/22/1989 BY
MARY CONIGLIO GSTT TE TRUST, BEVERLY MACKINTOSH,
INDIVIDUALLY AND AS TRUSTEE OF THE TRUST U/A DTD 8/22/1989 BY
MARY CONIGLIO AND THE TRUST U/A DTD 8/22/1989
<u>BY MARY CONIGLIO ("MACKINTOSH") TO THE AMENDED COMPLAINT</u>**

　　　1.　　Paragraph one of the Amended Complaint contains a conclusory statement requiring no answer. To the extent that paragraph one is interpreted as alleging facts, those allegations are denied.

　　　2.　　Paragraph two of the Amended Complaint contains a conclusory statement requiring no answer. To the extent that paragraph two is interpreted as alleging facts, those allegations are denied.

　　　3.　　The defendant admits the first sentence of paragraph three, but is without knowledge or information sufficient to form a belief as to the truth of the allegations of the second sentence of paragraph three.

4. Paragraph four of the Amended Complaint contains a conclusory statement requiring no answer. To the extent that paragraph four is interpreted as alleging facts, those allegations are denied.

5. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph five of the Amended Complaint.

6. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph six of the Amended Complaint.

7. The defendant denies the allegations contained in paragraph seven of the Amended Complaint.

8. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph eight of the Amended Complaint.

9. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph nine of the Amended Complaint.

10. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ten of the Amended Complaint.

11. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph eleven of the Amended Complaint.

12. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph twelve of the Amended Complaint.

13. The defendant admits the pendency of jointly administered bankruptcy cases, but denies the remaining allegations contained in paragraph thirteen and further states that the terms of any orders entered by the Court speak for themselves.

14. The defendant admits the issuance of the Court's Order, but is otherwise without knowledge or information sufficient to form a belief as to truth of the remaining allegations of paragraph fourteen and further states that the terms of any orders entered by the Court speak for themselves.

15. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph fifteen of the Amended Complaint.

16. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph sixteen of the Amended Complaint.

17. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph seventeen of the Amended Complaint.

18. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph eighteen of the Amended Complaint.

19. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph nineteen of the Amended Complaint.

20. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph twenty of the Amended Complaint.

21. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph twenty-one of the Amended Complaint.

22. The defendant admits the allegations of paragraph twenty-two as they relate to Beverly Mackintosh, but is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph twenty-two.

23. The defendant admits the allegations of paragraph twenty-three as to her, but is

without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph twenty-three of the Amended Complaint.

24. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph twenty-four of the Amended Complaint.

25. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph twenty-five of the Amended Complaint.

26. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph twenty-six of the Amended Complaint.

27. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph twenty-seven of the Amended Complaint.

28. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph twenty-eight of the Amended Complaint.

29. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph twenty-nine of the Amended Complaint.

30. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph thirty of the Amended Complaint.

31. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph thirty-one of the Amended Complaint.

32. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph thirty-two of the Amended Complaint.

33. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph thirty-three of the Amended Complaint.

34. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph thirty-four of the Amended Complaint.

35. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph thirty-five of the Amended Complaint.

36. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph thirty-six of the Amended Complaint.

37. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph thirty-seven of the Amended Complaint.

38. Paragraph thirty-eight of the Amended Complaint contains a conclusory statement requiring no answer. To the extent that paragraph thirty-eight is interpreted as alleging facts, those allegations are denied.

39. Paragraph thirty-nine of the Amended Complaint contains a conclusory statement requiring no answer. To the extent that paragraph thirty-nine is interpreted as alleging facts, those allegations are denied.

40. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph forty of the Amended Complaint.

41. The defendant denies the allegations contained in paragraph forty-one of the Amended Complaint.

42. The defendant denies the allegations contained in paragraph forty-one of the Amended Complaint.

43. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph forty-three of the Amended Complaint.

44. Paragraph forty-four of the Amended Complaint contains a conclusory statement requiring no answer. To the extent that paragraph one is interpreted as alleging facts, those allegations are denied.

45. Paragraph forty-five of the Amended Complaint contains a conclusory statement requiring no answer. To the extent that paragraph one is interpreted as alleging facts, those allegations are denied.

46. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph forty-six of the Amended Complaint.

47. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph forty-seven of the Amended Complaint.

48. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph forty-eight of the Amended Complaint.

49. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph forty-nine of the Amended Complaint.

50. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph fifty of the Amended Complaint.

51. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph fifty-one of the Amended Complaint.

52. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph fifty-two of the Amended Complaint.

53. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph fifty-three of the Amended Complaint.

54. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph fifty-four of the Amended Complaint.

55. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph fifty-five of the Amended Complaint.

56. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph fifty-six of the Amended Complaint.

57. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph fifty-seven of the Amended Complaint.

58. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph fifty-eight of the Amended Complaint.

59. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph fifty-nine of the Amended Complaint.

60. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph sixty of the Amended Complaint.

61. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph sixty-one of the Amended Complaint.

62. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph sixty-two of the Amended Complaint.

63. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph sixty-three of the Amended Complaint.

64. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph sixty-four of the Amended Complaint.

65. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph sixty-five of the Amended Complaint.

66. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph sixty-six of the Amended Complaint.

67. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph sixty-seven of the Amended Complaint.

68. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph sixty-eight of the Amended Complaint.

69. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph sixty-nine of the Amended Complaint.

70. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph seventy of the Amended Complaint.

71. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph seventy-one of the Amended Complaint.

72. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph seventy-two of the Amended Complaint.

73. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph seventy-three of the Amended Complaint.

74. The defendant denies the allegations of paragraph seventy-four as they relate to Beverly Mackintosh, but is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph seventy-four.

75. The defendant is without knowledge or information sufficient to form a belief as

to the truth of the allegations contained in paragraph seventy-five of the Amended Complaint.

76. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph seventy-six of the Amended Complaint.

77. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph seventy-seven of the Amended Complaint.

78. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph seventy-eight of the Amended Complaint.

79. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph seventy-nine of the Amended Complaint.

80. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph eighty of the Amended Complaint.

81. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph eighty-one of the Amended Complaint.

82. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph eighty-two of the Amended Complaint.

83. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph eighty-three of the Amended Complaint.

84. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph eighty-four of the Amended Complaint.

85. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph eighty-five of the Amended Complaint.

86. The defendant is without knowledge or information sufficient to form a belief as

to the truth of the allegations contained in paragraph eighty-six of the Amended Complaint.

87.     The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph eighty-seven of the Amended Complaint.

88.     The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph eighty-eight of the Amended Complaint.

89.     The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph eighty-nine of the Amended Complaint.

90.     The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ninety of the Amended Complaint.

91.     The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ninety-one of the Amended Complaint.

92.     The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ninety-two of the Amended Complaint.

93.     The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ninety-three of the Amended Complaint.

94.     The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ninety-four of the Amended Complaint.

95.     The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ninety-five of the Amended Complaint.

96.     The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ninety-six of the Amended Complaint.

97.     The defendant is without knowledge or information sufficient to form a belief as


to the truth of the allegations contained in paragraph ninety-seven of the Amended Complaint.

98.     The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ninety-eight of the Amended Complaint.

99.     The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ninety-nine of the Amended Complaint.

100.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph one hundred of the Amended Complaint.

101.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph one hundred and one of the Amended Complaint.

102.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph one hundred and two of the Amended Complaint.

103.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph one hundred and three of the Amended Complaint.

104.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph one hundred and four of the Amended Complaint.

105.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph one hundred and five of the Amended Complaint.

106. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph one hundred and six of the Amended Complaint.

107. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph one hundred and seven of the Amended Complaint.

108. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph one hundred and eight of the Amended Complaint.

109. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph one hundred and nine of the Amended Complaint.

110. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph one hundred and ten of the Amended Complaint.

111. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph one hundred and eleven of the Amended Complaint.

112. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph one hundred and twelve of the Amended Complaint.

113. The defendant is without knowledge or information sufficient to form a belief as

to the truth of the allegations contained in paragraph one hundred and thirteen of the Amended Complaint.

114.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph one hundred and fourteen of the Amended Complaint.

115.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph one hundred and fifteen of the Amended Complaint.

116.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph one hundred and sixteen of the Amended Complaint.

117.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph one hundred and seventeen of the Amended Complaint.

118.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph one hundred and eighteen of the Amended Complaint.

<div style="text-align:center;">COUNT ONE</div>

119.    The defendant incorporates herein by reference her answers to paragraphs one through one hundred and eighteen of the Amended Complaint.

120.    The defendant admits certain payments were made to Beverly Mackintosh, as Trustee, but otherwise is without knowledge or information sufficient to form a belief as to the

truth of the allegations contained in paragraph one hundred and twenty of the Amended Complaint.

121. The defendant admits certain payments were made to Beverly Mackintosh, as Trustee, but otherwise is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph one hundred and twenty-one of the Amended Complaint.

122. The defendant denies the allegations contained in paragraph one hundred and twenty-two of the Amended Complaint.

123. The defendant denies the allegations contained in paragraph one hundred and twenty-three of the Amended Complaint.

124. The defendant denies the allegations contained in paragraph one hundred and twenty-four of the Amended Complaint.

## COUNT TWO

125. The defendant incorporates herein by reference her answers to paragraphs one through one hundred and twenty-four of the Amended Complaint.

126. The defendant admits certain payments were made to Beverly Mackintosh, as Trustee, but otherwise is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph one hundred and twenty-six of the Amended Complaint.

127. The defendant admits certain payments were made to Beverly Mackintosh, as Trustee, but otherwise is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph one hundred and twenty-seven of the Amended

Complaint.

128.    The defendant denies the allegations contained in paragraph one hundred and twenty-eight of the Amended Complaint.

129.    The defendant denies the allegations contained in paragraph one hundred and twenty-nine of the Amended Complaint.

130.    The defendant denies the allegations contained in paragraph one hundred and thirty of the Amended Complaint.

### COUNT THREE

131.    The defendant incorporates herein by reference her answers to paragraphs one through one hundred and thirty of the Amended Complaint.

132.    The defendant admits certain payments were made to Beverly Mackintosh, as Trustee, but otherwise is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph one hundred and thirty-two of the Amended Complaint.

133.    The defendant admits certain payments were made to Beverly Mackintosh, as Trustee, but otherwise is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph one hundred and thirty-three of the Amended Complaint.

134.    The defendant denies the allegations contained in paragraph one hundred and thirty-four of the Amended Complaint.

135.    The defendant denies the allegations contained in paragraph one hundred and thirty-five of the Amended Complaint.

136. The defendant denies the allegations contained in paragraph one hundred and thirty-six of the Amended Complaint.

## COUNT FOUR

137. The defendant incorporates herein by reference her answers to paragraphs one through one hundred and thirty-six of the Amended Complaint.

138. The defendant admits certain payments were made to Beverly Mackintosh, as Trustee, but otherwise is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph one hundred and thirty-eight of the Amended Complaint.

139. The defendant admits certain payments were made to Beverly Mackintosh, as Trustee, but otherwise is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph one hundred and thirty-nine of the Amended Complaint.

140. The defendant denies the allegations contained in paragraph one hundred and forty of the Amended Complaint.

141. The defendant denies the allegations contained in paragraph one hundred and forty-one of the Amended Complaint.

142. The defendant denies the allegations contained in paragraph one hundred and forty-two of the Amended Complaint.

143. The defendant denies the allegations contained in paragraph one hundred and forty-three of the Amended Complaint.

## COUNT FIVE

144.    The defendant incorporates herein by reference her answers to paragraphs one through one hundred and forty-three of the Amended Complaint.

145.    The defendant admits certain payments were made to Beverly Mackintosh, as Trustee, but otherwise is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph one hundred and forty-five of the Amended Complaint.

146.    The defendant admits certain payments were made to Beverly Mackintosh, as Trustee, but otherwise is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph one hundred and forty-six of the Amended Complaint.

147.    The defendant denies the allegations contained in paragraph one hundred and forty-seven of the Amended Complaint.

148.    The defendant denies the allegations contained in paragraph one hundred and forty-eight of the Amended Complaint.

149.    The defendant denies the allegations contained in paragraph one hundred and forty-nine of the Amended Complaint.

## COUNT SIX

150.    The defendant incorporates herein by reference her answers to paragraphs one through one hundred and forty-nine of the Amended Complaint.

151.    The defendant admits certain payments were made to Beverly Mackintosh, as Trustee, but otherwise is without knowledge or information sufficient to form a belief as to the

truth of the allegations contained in paragraph one hundred and fifty-one of the Amended Complaint.

152. The defendant admits certain payments were made to Beverly Mackintosh, as Trustee, but otherwise is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph one hundred and fifty-two of the Amended Complaint.

153. The defendant denies the allegations contained in paragraph one hundred and fifty-three of the Amended Complaint.

154. The defendant denies the allegations contained in paragraph one hundred and fifty-four of the Amended Complaint.

155. The defendant denies the allegations contained in paragraph one hundred and fifty-five of the Amended Complaint.

156. The defendant denies the allegations contained in paragraph one hundred and fifty-six of the Amended Complaint.

## COUNT SEVEN

157. The defendant incorporates herein by reference her answers to paragraphs one through one hundred and fifty-six of the Amended Complaint.

158. The defendant admits certain payments were made to Beverly Mackintosh, as Trustee, but otherwise is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph one hundred and fifty-eight of the Amended Complaint.

159. The defendant admits certain payments were made to Beverly Mackintosh, as

Trustee, but otherwise is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph one hundred and fifty-nine of the Amended Complaint.

160.     The defendant denies the allegations contained in paragraph one hundred and sixty of the Amended Complaint.

161.     The defendant denies the allegations contained in paragraph one hundred and sixty-one of the Amended Complaint.

162.     The defendant denies the allegations contained in paragraph one hundred and sixty-two of the Amended Complaint.

163.     The defendant denies the allegations contained in paragraph one hundred and sixty-three of the Amended Complaint.

## **AFFIRMATIVE DEFENSES**

### FIRST AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred or preempted by virtue of Article I, § 8 and Article VI of the Constitution of the United States of America and the provisions of 11 U.S.C. § 546(e).

### SECOND AFFIRMATIVE DEFENSE

The Plaintiffs' are estopped from bringing the claims in question because of their actions or the actions of their predecessors-in-interest for whose actions they are legally responsible.

### THIRD AFFIRMATIVE DEFENSE

The Plaintiffs' claims against Beverly Mackintosh, individually and as Trustee, are barred because, as a matter of law, Beverly Mackintosh, individually and as Trustee, did not and could not vote in favor of the LBO transaction and was compelled, contrary to her duties as Trustee and

without agreement on her part, to accept payments in connection with the LBO transaction.

### FOURTH AFFIRMATIVE DEFENSE

The Plaintiffs have failed to mitigate their damages.

### FIFTH AFFIRMATIVE DEFENSE

The Plaintiffs' claims otherwise are preempted by the laws of the United States.

### SIXTH AFFIRMATIVE DEFENSE

The defendant reserves the right to amend and/or supplement this Answer if, as and when facts are revealed in discovery that support such amendment or supplementation.

### SEVENTH AFFIRMATIVE DEFENSE

The Court lacks subject matter jurisdiction to adjudicate this action.

>  */s/ Peter G. Hermes*
>  Peter G. Hermes, BBO #231804
>  phermes@hermesnetburn.com
>  HERMES, NETBURN, O'CONNOR
>       & SPEARING, P.C.
>  265 Franklin Street, Seventh Floor
>  Boston, MA  02110-3113
>  (617) 728-0050

Dated:  October 31, 2011

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 31, 2011.

>  */s/ Peter G. Hermes*
>  Peter G. Hermes

G:\DOCS\PGH\clients\Mackintosh\USDC Pleadings\Answer to Amended Complaint.doc