UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for the PHONES Notes,<br><br>Plaintiffs,<br><br>v.<br><br>ANNE G. TAYLOR as an Individual and as a Trustee of the TRUST U/A DTD 10-16-2000 BY WALTER K. GRAHAM FBO WALTER E. GRAHAM, et al.,<br><br>Defendants. | Civil Action No.:<br>1:11-CV-10982-NMG |

## STIPULATION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND

It is hereby stipulated and agreed by and among the undersigned that:

1. The deadline for Defendant Fiduciary Trust Company to answer or otherwise respond to the Complaint shall be extended until, through and including December 1, 2011, to allow time for the Court to decide Plaintiffs' pending motion to stay this matter until further Court order (Docket No. 118); and

2. Electronically transmitted or facsimile signatures on this stipulation shall be deemed originals for all purposes.

| DEUTSCHE BANK TRUST COMPANY AMERICAS<br>By its attorneys, | FIDUCIARY TRUST CO.<br>By its attorneys, |
|---|---|
| /s/ Donna M. Brewer<br>John T. Morrier, BBO No. 628624<br>Douglas K. Mansfield, BBO No. 318320<br>Donna M. Brewer, BBO No. 545245<br>Casner & Edwards, LLP<br>303 Congress Street, 2nd Floor<br>Boston, MA 02110<br>Tel: 617-426-9500<br>Fax: 617-426-8810<br>morrier@casneredwards.com<br>mansfield@casneredwards.com<br>brewer@casneredwards.com | /s/ Trevor M. Findlen<br>Marc C. Laredo, BBO No. 543973<br>Trevor M. Findlen, BBO No. 667336<br>Laredo & Smith, LLP<br>15 Broad Street, Suite 600<br>Boston, MA 02109<br>Tel: 617-367-7984<br>Fax: 617-367-6475<br>laredo@laredosmith.com<br>findlen@laredosmith.com |

AKIN GUMP STRAUSS HAUER &
FELD LLP

Daniel H. Golden (#1133859)
David M. Zensky (#2176691)
Stephen M. Baldini (#2428381)
Mitchell Hurley (#2851640)
James P. Chou (#2845303)
Jason L. Goldsmith (#4547659)
One Bryant Park
New York, NY 10036-6745
(212) 872-1000 (Tel.)
(212) 407-3298 (Fax)

Dated: October 31, 2011

CERTIFICATE OF SERVICE

      I hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filing.

                                          /s/ Trevor M. Findlen
                                          Trevor M. Findlen

Dated: October 31, 2011