UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee  for certain series of Senior Notes, et al.,<br><br>        Plaintiffs,<br><br>  vs.<br><br>RICHARD PANIAGUA, et al.,<br><br>        Defendants. | Case No. 11-10982-NMG |

NOTICE OF APPEARANCE

Please enter my appearance as counsel in this case for defendant Republic Bank and Trust

Company.

Respectfully submitted,

Republic Bank and Trust Company

By its attorneys,


/s/ Don M. Kennedy
Don M. Kennedy (BBO# 068040)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts  02109
Tel:  (617) 570-1000
Fax: (617) 570-1231

Dated:  November 4, 2011

-2-

## CERTIFICATE OF SERVICE

   I certify that, on November 4, 2011, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).


           /s/ Don M. Kennedy