UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ANNE G. TAYLOR as an Individual and as a Trustee of the Trust U/A DTD 10-16-2000 BY WALTER K. GRAHAM FBO WALTER E. GRAHAM, *et al.*, <br><br> Defendants. | Civil Action No. 11-CV-10982-NMG |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

NOW COMES NIXON PEABODY LLP, located at 100 Summer Street, Boston, Massachusetts 02110, and respectfully requests that this Honorable Court take notice that they act as counsel for Edwin J. Hayes as an individual and as a Trustee of the Trust U/A DTD 5-26-2006 in the above-referenced case.

Nixon Peabody LLP hereby requests that all papers served or required to be served in this case and in any cases consolidated herewith, be given and served upon:

- 2 -

        Victor G. Milione, Esquire
        Lesley M.Varghese, Esquire
        NIXON PEABODY LLP
        100 Summer Street
        Boston, MA  02110
        Telephone: (617) 345-1000/Fax: (617) 345-1300
        vmilione@nixonpeabody.com/lvarghese@nixonpeabody.com

All rights, remedies, arguments, defenses, claims and/or counter-claims are expressly reserved herewith and the filing of this Notice of Appearance and Request for Service is without prejudice to same.

This request encompasses all notices, copies, and pleadings including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, or request, applications, and any other documents brought before this Court or in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telecopy, telex, or otherwise which effect or seek to effect the above case.

        Respectfully submitted,

        NIXON PEABODY, LLP

          /s/ Lesley M. Varghese
        Victor G. Milione (BBO #548707)
        Lesley M. Varghese (BBO# 643932)
        100 Summer Street, Boston, MA 02110
        Office:  617.345.1000/Fax:  617.345.1300
        Email:  vmilione@nixonpeabody.com
        Email: lvarghese@nixonpeabody.com

Dated: November 14, 2011

### CERTIFICATE OF SERVICE

In accordance with Local Rule 5.2(b) and Section E.2 of the Electronic Case Filing Administrative Procedures of the United States District Court for the District of Massachusetts, the undersigned has caused a true copy of the foregoing Notice of Appearance and Request for Service to be electronically served on all registered participants identified on the Notice of Electronic Filing.

        /s/ Lesley Varghese