**.LOWENSTEIN SANDLER PC**
Michael S. Etkin, Esq.
John K. Sherwood, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)
*Counsel for I.B.E.W. Local 103 Trust Fund*

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes; LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes; and Wilmington TRUST COMPANY, in its capacity as successor indenture trustee for the PHONES Notes,<br>　　　　　　　　　　Plaintiffs,<br>vs.<br>ANNE G. TAYLOR as an Individual and as a Trustee of the TRUST U/A DTD 10-16-2000 BY WALTER K. GRAHAM FBO WALTER E. GRAHAM, *et al*.,<br>　　　　　　　　　　Defendants. | **EFC CASE**<br><br>Civil Action No:<br>1:11-CV-10982-NMG |

## NOTICE OF APPEARANCE OF JOHN K. SHERWOOD, ESQ.

Pursuant to Local Rule 83.5.2(a), please enter the appearance of John K. Sherwood, Esq. of Lowenstein Sandler PC as counsel of record for Defendant I.B.E.W. Local 103 Trust Fund.

Dated this 15th day of November 2011.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**LOWENSTEIN SANDLER PC**

　　　　　　　　　　　　　　　　　　　　By: /s/ *John K. Sherwood*
　　　　　　　　　　　　　　　　　　　　Michael S. Etkin, Esq.
　　　　　　　　　　　　　　　　　　　　John K. Sherwood, Esq.
　　　　　　　　　　　　　　　　　　　　65 Livingston Avenue
　　　　　　　　　　　　　　　　　　　　Roseland, New Jersey 07068
　　　　　　　　　　　　　　　　　　　　973.597.2500 (Telephone)
　　　　　　　　　　　　　　　　　　　　973.597.2400 (Facsimile)
　　　　　　　　　　　　　　　　　　　　*Co-Counsel for I.B.E.W. Local 103 Trust Fund*