UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEUTSCHE BANK TRUST COMPANY
AMERICAS, et al.,

        Plaintiffs,

v.

ANNE G. TAYLOR, et. al.,

        Defendants.

Civ. No. 11-10982-NMG

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3(A) and Fed. R. Civ. P. 7.1, defendant State Street Equity 500 Index Portfolio, improperly named as State Street AMR ("State Street Equity 500 Index Portfolio") hereby discloses that it is a registered investment company, managed by SSgA Funds Management, Inc., a wholly-owned subsidiary of State Street Corporation and that no publicly-held corporation owns 10% or more of the party's stock.

        Respectfully submitted by,

        STATE STREET EQUITY 500 INDEX
        PORTFOLIO, improperly named as STATE
        STREET AMR,

        By its attorneys,

        */s/ Ryan M. Tosi*
        Michael D. Ricciuti (BBO #550771)
           michael.ricciuti@klgates.com
        Ryan M. Tosi (BBO #661080)
           ryan.tosi@klgates.com
        K&L GATES LLP
        State Street Financial Center
        One Lincoln Street
        Boston, MA 02111
        Tel.: 617-261-3100
November 16, 2011        Fax: 617-261-3175

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that on November 16, 2011, a copy of the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to non-registered participants, if any on November 16, 2011:

                                              */s/ Ryan M. Tosi*
                                              Ryan M. Tosi