# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RICHARD PANIAGUA, et. al., <br><br> Defendants. | Civ. No. 11-10982-NMG |

## NOTICE OF APPEARANCE

Please enter the appearance of Michael D. Ricciuti on behalf of Defendant State Street Equity 500 Index Portfolio, improperly named as State Street AMR ("State Street Equity 500 Index Portfolio"). Counsel for State Street Equity 500 Index Portfolio identified below request receipt of notice of court filings in this matter by the Case Management/Electronic Filing System.

> Respectfully submitted by,
>
> STATE STREET EQUITY 500 INDEX PORTFOLIO, improperly named as STATE STREET AMR,
>
> By its attorneys,
>
> */s/ Michael D. Ricciuti*
> Michael D. Ricciuti (BBO #550771)
>    michael.ricciuti@klgates.com
> Ryan M. Tosi (BBO #661080)
>    ryan.tosi@klgates.com
> K&L GATES LLP
> State Street Financial Center
> One Lincoln Street
> Boston, MA 02111
> Tel.: 617-261-3100
> Fax: 617-261-3175

November 16, 2011

- 2 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 16, 2011, I caused a copy of the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to non-registered participants, if any on November 16, 2011:

                                                    */s/ Michael D. Ricciuti*
                                                    Michael D. Ricciuti