# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>ANNE G. TAYLOR, *et al.*<br><br>Defendants. | Civ. No. 11-10982-NMG |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Ropes & Gray LLP hereby enters its appearance in the above-captioned action on behalf of defendant Harvard University. This Entry of Appearance is made without prejudice to any motion, objection, argument, or defense of the aforementioned defendant.

       /s/ D. Ross Martin
D. Ross Martin, Esq.
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-3600
(617) 951-7266
ross.martin@ropesgray.com

Dated: November 30, 2011

28705334_1

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) to all registered participants.

/s/ D. Ross Martin
D. Ross Martin, Esq.
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts  02199-3600
(617) 951-7266
ross.martin@ropesgray.com

28705334_1