IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for the PHONES Notes,<br><br>Plaintiffs,<br><br>v.<br><br>ANNE G. TAYLOR, AS TRUSTEE OF THE TRUST BY WALTER E. GRAHAM U/A DTD 10-16-2000, et al.,<br><br>Defendants. | Civil Action No.<br>1:11-CV-10982-NMG |

## AFFIDAVIT OF SERVICE

I, John T. Morrier, Esq., certify that a summons and copy of the complaint and associated pleadings were served upon the Defendant, Richard Paniagua, via certified mail, return receipt requested, at the following address:

Richard Paniagua
P.O. Box 301
Sawyer, MI 49125

on September 16, 2011. Attached is a copy of the return receipt acknowledging receipt by the Defendant, Richard Paniagua on September 29, 2011.

Dated: Dec. 1, 2011

    Respectfully submitted,
    DEUTSCHE BANK TRUST COMPANY
        AMERICAS,
    LAW DEBENTURE TRUST COMPANY OF
        NEW YORK,
    WILMINGTON TRUST COMPANY,
    By their attorneys,


/s/ John T. Morrier
John T. Morrier, BBO #628624
Douglas K. Mansfield, BBO #318320
Donna M. Brewer, BBO #545254
Casner & Edwards, LLP
303 Congress Street
Boston, MA  02210
Telephone:  (617) 426-5900
Facsimile:  (617) 426-8810
morrier@casneredwards.com
mansfield@casneredwards.com
brewer@casneredwards.com


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 1, 2011.

/s/ John T. Morrier
John T. Morrier

56916.0/520493.1

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

SEP 16 2011

ATI 56416.0

Sent To: Richard Paniagua
Street, Apt. No.; or PO Box No.: P.O. Box 301
City, State, ZIP+4: Sawyer MI 49125

PS Form 3800, August 2006       See Reverse for Instructions

Article Number: 7010 0290 0001 4013 9032

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Richard Paniagua
P.O. Box 301
Sawyer, MI 49125

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☐ Agent
☒ Addressee

B. Received by (Printed Name): RICHARD PANIAGUA
C. Date of Delivery: 9-29-11

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)  7010 0290 0001 4013 9032

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540