# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> ANNE G. TAYLOR, *et al.* <br><br> Defendants. | Civ. No. 1:11-10982-NMG |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that D. Ross Martin hereby enters an appearance in the above-captioned action on behalf of defendant Loomis Sayles Credit Alpha Fund. This Entry of Appearance is made without prejudice to any motion, objection, argument, or defense of the aforementioned defendant.

    /s/ D. Ross Martin
D. Ross Martin, Esq.
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts  02199-3600
(617) 951-7266
ross.martin@ropesgray.com

Dated: December 2, 2011

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 2, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) to all registered participants.

      /s/ D. Ross Martin
D. Ross Martin, Esq.
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts  02199-3600
(617) 951-7266
ross.martin@ropesgray.com