# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

DEUTSCHE BANK TRUST COMPANY AMERICAS, *et al.*,

    Plaintiffs,

v.

ANNE G. TAYLOR, as an Individual and as Trustee of the Trust U/A DTD 10-16-2000 by WALTER K. GRAHAM FBO WALTER E. GRAHAM, *et al.*,

    Defendants.

Case No. 1:11-cv-10982

## CORPORATE DISCLOSURE STATEMENT OF LOOMIS SAYLES CREDIT ALPHA FUND

In accordance with Local Rule 7.3(A) and Fed. R. Civ. P. 7.1, defendant Loomis Sayles Credit Alpha Fund, by and through undersigned counsel, hereby discloses as follows:

1.    Loomis Sayles Credit Alpha Fund does not have any parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated:  December 2, 2011

ROPES & GRAY LLP

By: /s/ D. Ross Martin
D. Ross Martin
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-3600
Tel: (617) 951-7000
Fax: (617) 951-7050
ross.martin@ropesgray.com

*Attorney for Loomis Sayles Credit Alpha Fund*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2011, I caused a true and correct copy of the foregoing CORPORATE DISCLOSURE STATEMENT OF LOOMIS SAYLES CREDIT ALPHA FUND to be served by Electronic Mail Transmission via the United States District Court for the District of Massachusetts' ECF System upon all counsel of record.

/s/ D. Ross Martin