IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>ANNE G. TAYLOR, as an Individual and as Trustee of the Trust U/A DTD 10-16-2000 by WALTER K. GRAHAM FBO WALTER E. GRAHAM, *et al.*,<br><br>       Defendants. | Case No. 1:11-cv-10982 |

## CORPORATE DISCLOSURE STATEMENT OF HARVARD UNIVERSITY

In accordance with Local Rule 7.3(A) and Fed. R. Civ. P. 7.1, defendant Harvard University, by and through undersigned counsel, hereby discloses as follows:

1.     Harvard University does not have any parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated:  December 2, 2011         ROPES & GRAY LLP

                                 By: /s/ D. Ross Martin
                                 D. Ross Martin
                                 Prudential Tower
                                 800 Boylston Street
                                 Boston, Massachusetts 02199-3600
                                 Tel: (617) 951-7000
                                 Fax: (617) 951-7050
                                 ross.martin@ropesgray.com

                                 *Attorney for Harvard University*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2011, I caused a true and correct copy of the foregoing CORPORATE DISCLOSURE STATEMENT OF HARVARD UNIVERSITY to be served by Electronic Mail Transmission via the United States District Court for the District of Massachusetts' ECF System upon all counsel of record.

/s/ D. Ross Martin