# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

DEUTSCHE BANK TRUST COMPANY AMERICAS, *et al.*,

    Plaintiffs,

v.

ANNE G. TAYLOR, as an Individual and as Trustee of the Trust U/A DTD 10-16-2000 by WALTER K. GRAHAM FBO WALTER E. GRAHAM, *et al.*,

    Defendants.

Case No. 1:11-cv-10982

## **CORPORATE DISCLOSURE STATEMENT OF TRUSTEES OF BOSTON COLLEGE**

In accordance with Local Rule 7.3(A) and Fed. R. Civ. P. 7.1, defendant Trustees of Boston College ("Boston College"), by and through undersigned counsel, hereby discloses as follows:

1.    Boston College does not have any parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: December 2, 2011    ROPES & GRAY LLP

    By: /s/ D. Ross Martin
    D. Ross Martin
    Prudential Tower
    800 Boylston Street
    Boston, Massachusetts 02199-3600
    Tel: (617) 951-7000
    Fax: (617) 951-7050
    ross.martin@ropesgray.com

    *Attorney for Trustees of Boston College*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2011, I caused a true and correct copy of the foregoing CORPORATE DISCLOSURE STATEMENT OF TRUSTEES OF BOSTON COLLEGE to be served by Electronic Mail Transmission via the United States District Court for the District of Massachusetts' ECF System upon all counsel of record.

/s/ D. Ross Martin