UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture Trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture Trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for the PHONES Notes,<br><br>      Plaintiffs,<br><br>      v.<br><br>TAYLOR, et. al.<br><br>      Defendants | C.A. No. 11-cv-10982 |

NOTICE OF APPEARANCE

Mary C. Dunn hereby enters her appearance on behalf of defendant, Dorothy Russell Shattuck.

                                          Dorothy Russell Shattuck

                                          By her Attorneys,

                                          /s/ Mary C. Dunn

                                          Mary C. Dunn   BBO(#654016)
                                          BLISH & CAVANAGH, LLP
                                          30 Exchange Terrace
                                          Providence, RI 02903
                                          (401) 831-8900
                                          (401) 751-7542 (fax)
                                          mcd@blishcavlaw.com

Dated:   December 12, 2011

CERTIFICATE OF SERVICE

      I hereby certify that on December 12, 2011, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court DM/ECF System.

      /s/ Mary C. Dunn