IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for the PHONES Notes,<br><br>Plaintiffs,<br><br>v.<br><br>ANNE G. TAYLOR, AS TRUSTEE OF THE TRUST BY WALTER E. GRAHAM U/A DTD 10-16-2000, et al.,<br><br>Defendants. | Civil Action No.<br>1:11-CV-10982-NMG |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter my appearance in the above captioned matter on behalf of the Plaintiffs, Deutsche Bank Trust Company Americas, Law Debenture Trust Company of New York, and Wilmington Trust Company.

Respectfully submitted,

/s/ Andrew T. Imbriglio
Andrew T. Imbriglio
CASNER & EDWARDS, LLP
303 Congress Street, 2nd Floor
Boston, Massachusetts 02210
(617) 426-5900
B.B.O. No. 676049
imbriglio@casneredwards.com

Dated: December 15, 2011

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 15, 2011.

                                            */s/ Andrew T. Imbriglio*
                                            Andrew T. Imbriglio

56916.0/520626.1