# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ANNE G. TAYLOR, as an Individual and as Trustee of the Trust U/A DTD 10-16-2000 by WALTER K. GRAHAM FBO WALTER E. GRAHAM, *et al.*, <br><br> Defendants. | Case No. 1:11-cv-10982 |

## CORPORATE DISCLOSURE STATEMENT OF WELCH & FORBES LLC

In accordance with Local Rule 7.3(A) and Fed. R. Civ. P. 7.1, defendant Welch & Forbes LLC, by and through undersigned counsel, hereby discloses as follows:

1. Welch & Forbes LLC has a parent company called Affiliated Managers Group Inc..

2. Affiliated Managers Group Inc. is a public company which owns more than 10% of Welch & Forbes LLC's stock.

28919753_1

Dated: December 20, 2011                ROPES & GRAY LLP


                                        By: /s/ Robert A. Skinner
                                        Robert A. Skinner  (BBO# 567862)
                                        Prudential Tower
                                        800 Boylston Street
                                        Boston, Massachusetts 02199-3600
                                        Tel: (617) 951-7560
                                        Fax: (617) 951-7050
                                        robert.skinner@ropesgray.com


                                        *Attorney for Welch & Forbes LLC*

28919753_1

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2011, I caused a true and correct copy of the foregoing CORPORATE DISCLOSURE STATEMENT OF WELCH & FORBES LLC to be served by Electronic Mail Transmission via the United States District Court for the District of Massachusetts' ECF System upon all counsel of record.

/s/ Robert A. Skinner
Robert A. Skinner, Esq.
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts  02199-3600
(617) 951-7560
robert.skinner@ropesgray.com

28919753_1