# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

DEUTSCHE BANK TRUST COMPANY
AMERICAS, *et al.*,

    Plaintiffs,

v.

ANNE G. TAYLOR, as an Individual and as
Trustee of the Trust U/A DTD 10-16-2000 by
WALTER K. GRAHAM FBO WALTER E.
GRAHAM, *et al.*,

    Defendants.

Case No. 1:11-cv-10982

## AMENDED CORPORATE DISCLOSURE STATEMENT OF WELCH & FORBES LLC

    In accordance with Local Rule 7.3(A) and Fed. R. Civ. P. 7.1, defendant Welch & Forbes LLC, by and through undersigned counsel, hereby discloses as follows:

    1.    Affiliated Managers Group Inc. ("AMG") is a public company which owns more than 10% of Welch & Forbes LLC's stock.

Dated: December 20, 2011

ROPES & GRAY LLP

By: /s/ Robert A. Skinner
Robert A. Skinner (BBO# 567862)
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-3600
Tel: (617) 951-7560
Fax: (617) 951-7050
robert.skinner@ropesgray.com

*Attorney for Welch & Forbes LLC*

28919753_2

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2011, I caused a true and correct copy of the foregoing CORPORATE DISCLOSURE STATEMENT OF WELCH & FORBES LLC to be served by Electronic Mail Transmission via the United States District Court for the District of Massachusetts' ECF System upon all counsel of record.

/s/ Robert A. Skinner
Robert A. Skinner, Esq. (BBO# 567862)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts  02199-3600
(617) 951-7560
robert.skinner@ropesgray.com

28919753_2